

## Neuragenex Treatment Center



# NEURAGENEX | **LEHI, UTAH**

Office: 801.899.1943 | www.**MILLCREEKCOMMERCIAL**.com

**Millcreek Commercial** | 2100 Pleasant Grove Blvd. Ste 200, Pleasant Grove, UT 84062



Neuragenex | Lehi, UT

## Property Information

| | |
|---|---|
| Tenant | Neuragenex |
| Location | 1010 S. 1100 West Lehi, UT 84043 |
| Property Type | Freestanding, Medical |
| Building Size | 3,500 Square Feet |
| Purchase Price | $5,767,890 |
| Cap Rate | 6.00% |



**Neuragenex** is the nation's fastest growing healthcare brand and platform, consisting of multiple avenues of care and expanding across the nation to offer the latest and safest healthcare programs and treatments. Neuragenex Treatment Centers was founded to provide patients with access to pain relief without surgery, drugs or invasive treatments.

## Lehi, UT

Lehi is home to Silicon Slopes where there are typically more cranes in the skyline on any give day than the rest of the state of Utah. Lehi's recent growth has been in single family homes and commercial development. The region encompasses a cluster of IT, software development, hardware manufacturing, and research firms along the Wasatch Front.

## About Tenant In Common

Tenant in common or TIC ownership allows two or more people to hold an ownership interest in a property. Each property owner or business entity holds its own separate stake in the property and receives a deed. Their interests do not have to be equal.

This Millcreek Commercial property has the following characteristics:

• Property is offered debt-free
• Long-term, corporate-guaranteed lease
• Satisfies IRS requirements for 1031 exchanges



Office | 801.899.1943

www.**MILLCREEKCOMMERCIAL**.com

## Lease Information

| | |
|---|---|
| Lease Guarantor | Neuragenex Treatment Centers, LLC |
| Initial Lease Term | 20 years |
| Rent Increases | 2% annually |
| Renewal Options | Two 5-year options |
| 20 Yr. Avg. Return | 7.25% |

| Lease Year | Cap Rate | Net Monthly Rent |
|---|---|---|
| Year 1 | 6.00% | $28,839 |
| Year 2 | 6.12% | $29,416 |
| Year 3 | 6.24% | $30,005 |
| Year 4 | 6.37% | $30,605 |
| Year 5 | 6.49% | $31,217 |
| Year 6 | 6.62% | $31,841 |
| Year 7 | 6.76% | $32,478 |
| Year 8 | 6.89% | $33,127 |
| Year 9 | 7.03% | $33,790 |
| Year 10 | 7.17% | $34,466 |
| Year 11 | 7.31% | $35,155 |
| Year 12 | 7.46% | $35,858 |
| Year 13 | 7.61% | $36,575 |
| Year 14 | 7.76% | $37,307 |
| Year 15 | 7.92% | $38,053 |
| Year 16 | 8.08% | $38,814 |
| Year 17 | 8.24% | $39,590 |
| Year 18 | 8.40% | $40,382 |
| Year 19 | 8.57% | $41,190 |
| Year 20 | 8.74% | $42,014 |

  

Neuragenex  |  Lehi, UT



## Neuragenex Company Overview

Neuragenex is the nation's fastest growing healthcare brand and platform, consisting of multiple avenues of care and expanding across the nation to offer the latest and safest healthcare programs and treatments. Neuragenex consists of four primary avenues of care.

**Neuragenex Treatment Centers:** Non-opioid non-surgical pain treatment

**Neuragenex Comprehensive Care:** Functional medical care for chronic metabolic conditions, behavioral health, and multiple categories of functional integrated healthcare

**Neuragenex Musculoskeletal:** Advanced FDA approved regenerative medicine treatments and procedures that bring advanced non-surgical treatments to mainstream medical care.

**Neuragenex Dental and Aesthetics:** Cosmetic and general dental program that crosses the divide between dental and aesthetic medical by offering traditional aesthetic procedures, advanced liposuction techniques, and patented therapies guaranteed to create a new level of medical aesthetic care.

Neuragenex offers highly effective pain treatment therapies and protocols while addressing the underlying chronic metabolic conditions that drive chronic pain and chronic health decline. In addition to combating the opioid crisis with non-narcotic therapies, Neuragenex is also addressing the vastly underserved category of Behavioral Health by offering advanced FDA approved non-pharmaceutical treatments for depression and anxiety, while screening and addressing a wide range of Behavioral Health conditions. In addition to offering these vital services, Neuragenex is bringing the combination of dental and aesthetics to market with the first ever nationwide chain of dual purpose dental and aesthetic offices, upping the standard even further by offering patented medical spa treatments that no other practice can provide.


**15 LOCATIONS**


**FOUNDED BY DOCTORS**


**INNOVATIVE, NON-INVASIVE, NON-OPIOID, RESEARCH-BASED SOLUTIONS**



Neuragenex  |  Lehi, UT



## Lehi, UT

Lehi is the home to Silicon Slopes where there are typically more cranes in the skyline on any give day than the rest of the state of Utah. Most of Lehi's recent growth has been in single family homes and commercial development. The region encompasses a cluster of information technology, software development, hardware manufacturing and research firms along the Wasatch Front.  Lehi is a beautiful place to live and work.

- The current population estimate is **69,724**
- Median Age: **28 years**
- Median Household Income is **$85,794**
- Total Households: **15,922**

- Owner Occupied: **78%**
- Renter Occupied: **22%**
- Median Home Price: **$390,000**
- Median Rental Rate: **$1,326**

Today, according to the U.S. Census Bureau, Lehi is the fifth fastest-growing city in the country. The City has more than doubled in size since 2000, with population estimates approaching 70,000 residents.

# Neuragenex | Lehi, UT





## Lease Abstract

| | |
|---|---|
| Tenant | Neuragenex |
| Guarantor | Neuragenex Treatment Centers, LLC |
| Address | Lehi, UT |
| Building Size (SF) | 3,500 SF |
| Year Built | 2022 |
| Rent Commencement | 2022 |
| Lease/Rent Expiration | 2042 |
| Lease Term Remaining | 20 Years |
| Rental Increases | 2.0% annually |
| Renewal Options | Two five-year options |
| Renewal Notice | 6 months |
| Option Increases | Yes |
| Lease Type | Absolute NNN |
| Landlord Responsibilities | Zero |
| Insurance/Taxes/CAM/Utilities | Tenant |
| ROFO | No |
| Estoppel | As needed |
| Ownership Interest | TIC fee simple estate |



### Millcreek Commercial

801.899.1943 | contact@millcreekcommercial.com

