# RETURN OF SERVICE
# AUTHORIZED

UNITED STATES DISTRICT COURT, DISTRICT OF UTAH

For:
Deiss Law
10 W 100 S Ste 700
Salt Lake City UT 84101

**JOHN WEBER ET AL**,
PLAINTIFF
VS
**COLLIERS INTERNATIONAL GROUP INC ET AL** ,
DEFENDANT.

Case Number: **2:25-ccv-00162**

I, **Annette Mackris,** state:

On **4/25/2025** at **1:44:11 PM**, I served the following: **Summons in a Civil Action, First Amended Complaint Jury Demand , Exhibit(s)** on **MOUNTAIN WEST COMMERCIAL LLC** at **36 S STATE ST STE 1400, SALT LAKE CITY, UT 84111.**

By delivering a true copy of each to **RYAN PAYNE**, as **AUTHORIZED PERSON** at **36 S STATE ST STE 1400, SALT LAKE CITY, UT 84111**. **RYAN PAYNE** told me he or she was authorized to accept service for **MOUNTAIN WEST COMMERCIAL LLC**. I told **RYAN PAYNE** to review the documents carefully and follow any included instructions.

I declare under criminal penalty of the State of Utah that I am over the age of 18, have no interest in the above action, and that the foregoing is true and correct. Executed on the date above.

**Comments:**
8015321500

Served at following GPS coordinates, Lat: 40.767790 Long: -111.888152

X_____
**Annette Mackris      04/28/2025**

Job #: 2501800
Service Fee: $72.28



Wasatch Constables, 5525 S 900 E STE 110, MURRAY, UT 84117-3512