# RETURN OF SERVICE
# INDIVIDUAL/PERSONAL

UNITED STATES DISTRICT COURT, DISTRICT OF UTAH

For:
Deiss Law
10 W 100 S Ste 700
Salt Lake City UT 84101

**JOHN WEBER ET AL**,
PLAINTIFF
*VS*
**COLLIERS INTERNATIONAL GROUP INC ET AL** ,
DEFENDANT.

Case Number: **2:25-ccv-00162**

I, **Bill Tuttle,** state:

On **4/30/2025** at **8:22:59 PM**, I served the following: **Summons in a Civil Action, First Amended Complaint Jury Demand , Exhibit(s)** for **SPENCER STRONG** at **1868 S LONGVIEW RD, SANTAQUIN, UT 84655.**

By delivering a true copy of each to **SPENCER STRONG**, *personally*. I told **SPENCER STRONG** to review the documents carefully and follow any included instructions.

I declare under criminal penalty of the State of Utah that I am over the age of 18, have no interest in the above action, and that the foregoing is true and correct. Executed on the date above.

**Comments:**
Gave paperwork to Spencer

Served at following GPS coordinates, Lat: 0.000000 Long: 0.000000

X_____
**Bill Tuttle     05/01/2025**

Job #: 2501801
Service Fee: $89.28

Wasatch Constables, 5525 S 900 E STE 110, MURRAY, UT 84117-3512