# THE UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH

| | |
|---|---|
| John Weber et al.,<br><br>                        Plaintiffs,<br><br>v.<br><br>Colliers International Group, Inc. et al.,<br><br>                        Defendants. | ORDER GRANTING PLAINTIFFS' MOTION FOR EXTENSION OF TIME<br><br>Case No.  2:25-cv-00162-DBB-DBP<br><br>District Judge David Barlow<br><br>Chief Magistrate Judge Dustin B. Pead |

Plaintiffs move the court for an extension of time of 60 days, to serve their Amended Complaint upon the following Defendants: Colliers International Group, Inc.; Colliers International Holdings (USA), Inc.; Kevin Long; Millcreek Commercial Properties LLC; Millrock Investment Fund 1, LLC; Millrock Investment Fund 1 Management, LLC; Brent Smith; Thomas Smith; Lew Cramer; Jerald Adam Long; KGL Real Estate Development, PLLC; KGL Advisors, LLC; Steve Caton; SARC Draper, LLC; ADP-Millcreek 2, LLC; ADP-Millcreek 3, LLC; Matthew Hawkins; Gil Borok; David Josker; Smart Cove; GTR Holdings; Long Holdings; Robert M. Levenson; and Blackacre 1031 Exchange Services.[1] The court will grant the motion.

Under the Federal Rules of Civil Procedure, a plaintiff must serve their complaint on the defendants within 90 days. However, upon a showing of good cause for failing to meet that deadline, the "court must extend the time for service for an appropriate period."[2] Here, Plaintiffs set forth the factual background regarding their efforts to serve certain Defendants. For example, Plaintiffs note efforts to obtain waivers of service, reaching out to counsel, and attempts to

---

[1] ECF No. 33.

[2] Fed. R. Civ. P. 4(m).

personally serve certain individuals without success.[3] The court finds Plaintiffs have set forth good cause under Rule 4(m) for an extension.

Accordingly, Plaintiffs' Motion for Extension of Time to Serve Amended Complaint upon the Defendants named in the respective motion is GRANTED. Plaintiffs are given an additional 60 days from the date of this order to effectuate service of the Amended Complaint.

IT IS SO ORDERED.

DATED this 3 June 2025.

Dustin B. Pead
United States Magistrate Judge

---

[3] *See* Motion p. 4-7.