BOOK 1 0 3 3 PAGE 6 2 9

FILED FOR RECORD
AT 11:03 O'CLOCK 9 M
APR 28 2020
Tina Bashore
LAFAYETTE WOODS, SR., CIRCUIT CLERK
JEFFERSON COUNTY, ARKANSAS

30

# WARRANTY DEED
(Limited Liability Company)

KNOW ALL MEN BY THESE PRESENTS:

THAT **AMD REAL ESTATE, LLC**, an Arkansas limited liability company (hereinafter "Grantor"), by and through its authorized President, for and in consideration of the sum of Ten Dollars ($10.00) and other good and valuable consideration in hand paid by **ADP-MILLCREEK 3, LLC**, a Utah limited liability company, as to an 88.492% interest as a tenant in common and **CLUB FITNESS, INC.**, a Utah corporation, as to an 11.508% interest as a tenant in common (herein "Grantees"), the receipt of which is hereby acknowledged, does hereby grant, bargain, sell, and convey unto said **ADP-MILLCREEK 3, LLC**, a Utah limited liability company, as to an 88.492% interest as tenant in common and **CLUB FITNESS, INC.**, a Utah corporation, as to an 11.508% interest as tenant in common, and unto Grantees' successors and assigns forever, the following described land, situate in the County of Jefferson and State of Arkansas, to-wit:

See Exhibit "A" attached hereto and made a part hereof

SUBJECT TO recorded instruments, covenants, rights of way, easements, and all prior mineral reservations and oil and gas leases, if any.

TO HAVE AND TO HOLD the same unto the said Grantees and their successors and assigns forever, with all tenements, appurtenances, and hereditaments thereunto belonging.

AND Grantor hereby covenants with said Grantees that Grantor is lawfully seized of said lands, that the same is unencumbered, and that Grantor will forever warrant and defend the title to the said lands against all claims whatsoever.

BOOK 1 0 3 3 PAGE 6 3 0

IN TESTIMONY WHEREOF, the name of the Grantor is hereunto affixed by its authorized President, this 17 day of April, 2020.

MAIL TAX STATEMENTS TO:
c/o ADP-MILLCREEK 3, LLC
111 S. MAIN ST, STE. 2200
Salt Lake City, UT 84111

AMD REAL ESTATE, LLC

By: _____
Name: Sadeem Mahmood
Title: President

### ACKNOWLEDGEMENT

STATE OF: ARKANSAS       }
                         } ss:
COUNTY OF: JEFFERSON     }

On this day, before undersigned, a Notary Public, duly commissioned, qualified and acting, within and for the said County and State, appeared in person the within named Sadeem Mahmood to me personally known, who stated that he/she was the authorized President of AMD REAL ESTATE, LLC, an Arkansas limited liability company, and was duly authorized in said capacity to execute the foregoing instrument for and in the name and behalf of said company, and further stated and acknowledged that he/she had so signed, executed and delivered said instrument for the consideration, uses and purposes therein mentioned and set forth.

IN TESTIMONY WHEREOF, I have hereunto set my hand and official seal this 17 day of April, 2020.

My Commission Expires:

_____
Notary Public

OFFICIAL SEAL
KAY R. BEVERLY
NOTARY PUBLIC, ARKANSAS
CLEVELAND COUNTY
My Commission Expires 11/4/2023
Commission # 12396370

BOOK 1033 PAGE 631

## Exhibit A
## Legal Description

Tract I:

Part of the Southeast Quarter (SE1/4) of the Southeast Quarter (SE1/4) of Section 32, Township 6 South, Range 9 West of the 5th P.M., more particularly described as follows:

Commencing at the Southeast corner of said Southeast Quarter (SE1/4) of the Southeast Quarter (SE1/4), thence South 89 degrees 21 minutes 18 seconds West 40.00 feet to the point of beginning; thence North 00 degrees 42 minutes 17 seconds West 340.00 feet; thence South 89 degrees 26 minutes 11 seconds West 440.00 feet; thence South 00 degrees 42 minutes 18 seconds East 340.00 feet to the South line of said Southeast Quarter (SE1/4) of the Southeast Quarter (SE1/4); thence North 89 degrees 34 minutes 26 seconds East 164.54 feet along said South line; thence North 89 degrees 21 minutes 18 seconds East 275.46 feet along said South line to the point of beginning.

Tract II:

Commence at the Southeast corner of said Southeast Quarter (SE1/4) of the Southeast Quarter (SE1/4) of Section 32, Township 6 South, Range 9 West, thence South 89 degrees 20 minutes 45 seconds West along the South line of said Section 315.46 feet to the Northwest corner of Section 4, Township 7 South, Range 9 West, thence South 89 degrees 30 minutes 15 seconds West along said Section 32 South line 164.51 feet to the point of beginning; thence South 89 degrees 30 minutes 15 seconds West along said Section 32 South line 100.00 feet; thence North 00 degrees 46 minutes 10 seconds West 389.77 feet; thence North 89 degrees 22 minutes 10 seconds East 540.00 feet to the West right of way line of Hazel Street; thence South 00 degrees 45 minutes 55 seconds East along said West right of way line 50.00 feet; thence South 89 degrees 22 minutes 10 seconds West 440.00 feet; thence South 00 degrees 46 minutes 15 seconds East 340.00 feet to the point of beginning.

Book 1033 Page 632



STATE OF ARKANSAS
DEPARTMENT OF FINANCE AND ADMINISTRATION
MISCELLANEOUS TAX SECTION
P.O. BOX 896, LITTLE ROCK, AR 72203-0896

# Real Estate Transfer Tax Stamp
Proof of Tax Paid

File Number: JTC-20-6756

Grantee:
Mailing Address:
ADP-MILL CREEL 3, LLC AND CLUB FITNESS, INC
111 S MAIN STREET STE 2200
SALT LAKE CITY UT 841110000

Grantor:
Mailing Address:
AMD REAL ESTATE, LLC
7200 S HAZEL
PINE BLUFF AR 716030000

Property Purchase Price: $2,700,000.00
Tax Amount: $8,910.00

County: JEFFERSON
Date Issued: 04/28/2020
Stamp ID: 1543866368



I HEREBY CERTIFY THAT THIS INSTRUMENT WAS FILED AND RECORDED ON THE 28 DAY OF April 2020 AT 11:03
BOOK NO 1033 PAGE 629
LAFAYETTE WOODS, SR.
JEFFERSON COUNTY, ARKANSAS
BY _____ DC

I certify under penalty of false swearing that documentary stamps or a documentary symbol in the legally correct amount has been placed on this instrument

Grantee or Agent Name (printed): Hannah Morgan
Grantee or Agent Name (signature): Hannah L. Morgan    Date: 4.28.2020
Address: 111 S. Main Street, Ste 2200
City/State/Zip: Salt Lake City, UT 84111