

**OLD REPUBLIC TITLE**

MAIL TAX NOTICE TO GRANTEE:
Compostela Limited, LLC
113 Cherry St. #17940
Seattle, WA 98104
File Number: 1941482FA-11

13563263
2/10/2021 1:35:00 PM $40.00
Book - 11116 Pg - 1918-1919
RASHELLE HOBBS
Recorder, Salt Lake County, UT
OLD REPUBLIC TITLE DRAPER/OREM
BY: eCASH, DEPUTY - EF 2 P.

# SPECIAL WARRANTY DEED

**SARC DRAPER LLC, a Missouri limited liability company**                GRANTOR

for the sum of TEN DOLLARS and other good and valuable consideration hereby CONVEYS and WARRANTS AGAINST THE ACTS OF GRANTOR ONLY to

**COMPOSTELA LIMITED, LLC, a Wyoming limited liability company,**        GRANTEE
**as to an undivided 2.515% interest as a tenant in common**

the following tract of land in SALT LAKE COUNTY, STATE OF UTAH, to-wit ("Property"):

Unit 100, 110, 200, 210, 220, contained within the HBA PLAZA AT DRAPER, a Utah Condominium Project as identified in the Record of Survey Map recorded May 22, 2020, as Entry No. 13278243, in Book 2020P of Plats at Page 122, and as further defined and described in the Declaration of Condominium of the HBA PLAZA AT DRAPER CONDOMINIUMS, recorded May 22, 2020, as Entry No. 13278242, in Book 10948 at Page 2671, in the office of the Recorder of Salt Lake County, Utah, and in any supplements/amendments thereto.

Together with: (a) The undivided ownership interest in said Condominium Project's Common Areas and Facilities which is appurtenant to said unit, (the referenced Declaration of Condominium providing for periodic alteration both in the magnitude of said undivided ownership interest and in the composition of the Common Areas and Facilities to which said interest relates); (b) The exclusive right to use and enjoy each of the Limited Common Areas which is appurtenant to said unit, and (c) The non-exclusive right to use and enjoy the Common Areas and Facilities included in said Condominium Project (as said project may hereafter be expanded) in accordance with the aforesaid Declaration and Survey Map (as said Declaration and Map may hereafter be amended or supplemented) and the Utah Condominium Ownership Act.

TAX ID No(s): 33-01-278-010; 33-01-278-009; 33-01-278-005; 33-01-278-006; and 33-01-278-007

Together with all tenements, hereditaments and appurtenances thereto belonging or in any wise appertaining, including but not limited to easements and rights-of-way over adjoining property, which easements and rights-of-way are appurtenant to the Property.

Subject to any easements, restrictions and rights of way appearing of record and enforceable in law and subject to general property taxes for the year 2021 and thereafter.

Prior to this conveyance, Grantor owned an undivided 73.476% interest as a tenant-in-common to the Property. Grantor hereby expressly retains the remaining 70.961% interest in the Property previously owned by Grantor, as a tenant-in-common, with Grantee and all other tenants-in-common of record.

Effective as of this **10th** day of ~~January~~ **February**, 2021.

**GRANTOR:**

SARC DRAPER LLC, a Missouri limited liability company

By: _Steven Caton_
Its: _Managing Member_

STATE OF:

COUNTY OF:

On this **28th** day of January, 2021, personally before me appeared _Steve Caton_, who proven on the basis of satisfactory evidence is the **Managing Member** of SARC DRAPER LLC, a Missouri limited liability company, and that said document was signed by him/her on behalf of said entity by authority of its members and within the authority granted under said entity's articles of organization and/or operating agreement, and acknowledged to me that said limited liability company executed the same.

_Audrey Budig_
Notary Public
Residing In: Will County, Illinois
Commission Expires: 12/30/2023

**Official Seal**
Audrey J Budig
Notary Public State of Illinois
My Commission Expires 12/30/2023