Andrew G. Deiss (Utah Bar # 7184)
Corey D. Riley (Utah Bar # 16935)
Andrew D. Miller (Utah Bar # 19625)
DEISS LAW PC
10 West 100 South, Suite 700
Salt Lake City, UT 84101
Telephone: (801) 433-0226
deiss@deisslaw.com
criley@deisslaw.com
amiller@deisslaw.com

*Attorneys for Plaintiffs*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH

| | |
|---|---|
| JOHN WEBER, ET AL.<br><br>*Plaintiffs,*<br><br>v.<br><br>COLLIERS INTERNATIONAL GROUP, INC., ET AL.,<br><br>*Defendants.* | **ORDER GRANTING STIPULATED MOTION TO EXTEND TIME FOR PLAINTIFFS TO FILE OPPOSITION TO DEFENDANT KEVIN LONG'S PARTIAL MOTION TO DISMISS**<br><br>Case No. 2:25-cv-00162<br><br>District Judge David Barlow<br><br>Magistrate Judge Dustin B. Pead |

Having considered the Parties' Stipulated Motion to Extend Time for Plaintiffs to File Opposition to Defendant Kevin Long's Motion to Dismiss Second Cause of Action and memorandum in support, and for good cause appearing, the Court hereby GRANTS the Motion and ORDERS that the deadline for Plaintiffs to file their Memorandum in Opposition to Kevin Long's Motion to Dismiss Second Cause of Action is extended to August 4, 2025.

DATED this [] day of July 2025.

BY THE COURT:

_____

Dustin B. Pead

United States Magistrate Judge