THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

| | |
|---|---|
| JOHN WEBER, ET AL.<br><br>*Plaintiffs,*<br><br>v.<br><br>COLLIERS INTERNATIONAL GROUP, INC., ET AL.,<br><br>*Defendants.* | **ORDER GRANTING STIPULATED MOTION TO AMEND ORDER TO PROPOSE SCHEDULE**<br><br>Case No. 2:25-cv-00162<br><br>District Judge David Barlow<br><br>Chief Magistrate Judge Dustin B. Pead |

Before the court is the parties' Stipulated Motion to Amend the Order to Propose Schedule.[1] The parties request the following

- Plaintiffs propose a schedule to Defendants in the form of a draft Attorney Planning Meeting Report by August 25, 2025;

- The parties' rule 26(f) scheduling conference take place by September 8, 2025;

- The parties submit either a Stipulated Motion for Scheduling Order or a Motion for Scheduling Conference to the Court by September 15, 2025.

The Parties allege the stipulation will promote judicial economy and efficiency "by allowing Defendants to continue to file responses before discovery begins."[2]

---

[1] ECF No. 53.
[2] *Id*. at 2.

Having considered the parties positions and stipulation, the court GRANTS the Motion.

IT IS SO ORDERED.

DATED this 17 July 2025.

_____
Dustin B. Pead
United States Magistrate Judge