Andrew G. Deiss (Utah Bar # 7184)

Corey D. Riley (Utah Bar # 16935)

Andrew D. Miller (Utah Bar # 19625)

DEISS LAW PC

10 West 100 South, Suite 700

Salt Lake City, UT 84101

Telephone: (801) 433-0226

deiss@deisslaw.com

criley@deisslaw.com
amiller@deisslaw.com

*Attorneys for Plaintiffs*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH**

| | |
|---|---|
| JOHN WEBER; GAYLE WEBER; CLUB FITNESS, INC.; PETER ROSS WEBER; YOLANDA ALTAGRACIA COSME DE WEBER; COMPOSTELA LIMITED, LLC; DAVID ELTON; ALYCE WEBER; JAMES BLAISDELL; BRYSON OCKEY; KRISTINE OCKEY; CLAUDIA GRIFFIN; ERIC STAMM; THE BETTY L. GRIFFIN 1999 REVOCABLE TRUST;<br><br>*Plaintiffs,*<br><br>v.<br><br>COLLIERS INTERNATIONAL GROUP, INC.; COLLIERS INTERNATIONAL HOLDINGS (USA), INC.; COLLIERS INTERNATIONAL INTERMOUNTAIN, LLC; KEVIN LONG; MILLCREEK COMMERCIAL PROPERTIES, LLC; MILLROCK INVESTMENT FUND 1, LLC; MILLROCK INVESTMENT FUND 1 MANAGEMENT, LLC; BLAKE MCDOUGAL; SPENCER TAYLOR; | **ORDER GRANTING MOTION FOR ALTERNATE SERVICE TO DEFENDANT LEW CRAMER**<br><br>Case No. 2:25-cv-00162<br><br>Judge David Barlow<br><br>Chief Magistrate Judge Dustin B. Pead |

| | |
|---|---|
| SPENCER STRONG; BRENT SMITH; MARK MACHLIS; GREEN IVY REALTY, INC.; 13 INVESTMENTS, LLC; LADY MIRA BLUE MACHLIS; THOMAS SMITH; LEW CRAMER; MATTHEW HAWKINS; GIL BOROK; DAVID JOSKER; JERALD ADAM LONG; KGL REAL ESTATE DEVELOPMENT, PLLC; SMART COVE, LLC; GTR HOLDINGS, LLC; LONG HOLDINGS, LLC; KGL ADVISORS, LLC; MARY STREET; CAMS REALTY, LLC; MOUNTAIN WEST COMMERCIAL, LLC; STEVE CATON; SARC DRAPER, LLC; ROBERT M. LEVENSON BLACKACRE 1031 EXCHANGE SERVICES LLC; ADP-MILLCREEK 2, LLC; ADP-MILLCREEK 3, LLC; <br><br> *Defendants.* | |

Having considered the Motion for Alternate Service to Defendant Lew Cramer, and for good cause appearing, the Court hereby GRANTS the Motion. Accordingly, the Court hereby ORDERS:

1. Service of process on the Unserved Defendants may be made by emailing a summons, a copy of the amended complaint, and a copy of this order to the following email address:
    a. Lew Cramer to lew.cramer@missionary.org
2. Receipt of all instances of alternative service via email must be confirmed via a third-party verification service, such as RPost.
3. Plaintiffs must file proof of service on the Unserved Defendant as required by Fed. R. Civ. P. 4(l).

IT IS SO ORDERED

DATED this [].

BY THE COURT:

/s/

Judge Dustin B. Pead

United States Magistrate Judge