WILLIAM B. HELFAND #16686
DOUGLAS C. SMITH #10805
ANDREW R. WELCH, #14028
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
6550 South Millrock Drive, Suite 200
Salt Lake City, Utah 84121-2318
Telephone: 801.562.5555
Facsimile: 801.562.5510
Bill.Helfand@lewisbrisbois.com
Douglas.Smith@lewisbrisbois.com
Andrew.Welch@lewisbrisbois.com
*Attorneys for Defendant Colliers International Intermountain, LLC*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| JOHN WEBER; GAYLE WEBER; CLUB FITNESS, INC.; PETER ROSS WEBER; YOLANDA ALTAGRACIA COSME DE WEBER; COMPOSTELA LIMITED, LLC; DAVID ELTON; ALYCE WEBER; JAMES BLAISDELL; BRYSON OCKEY; KRISTINE OCKEY; CLAUDIA GRIFFIN; ERIC STAMM; THE BETTY L. GRIFFIN 1999 REVOCABLE TRUST;<br><br>Plaintiffs,<br><br>V.<br><br>COLLIERS INTERNATIONAL GROUP, INC.; COLLIERS INTERNATIONAL HOLDINGS (USA), INC.; COLLIERS INTERNATIONAL INTERMOUNTAIN, LLC; KEVIN LONG; MILLCREEK COMMERCIAL PROPERTIES, LLC; MILLROCK INVESTMENT FUND 1, LLC; MILLROCK INVESTMENT FUND 1 MANAGEMENT, LLC; BLAKE MCDOUGAL; SPENCER TAYLOR; SPENCER STRONG; BRENT SMITH; MARK MACHLIS; GREEN IVY REALTY, INC.; 13 INVESTMENTS, LLC; LADY MIRA BLUE MACHLIS; THOMAS SMITH; LEW CRAMER; MATTHEW HAWKINS; GIL BOROK; DAVID | **STIPULATED MOTION FOR EXTENSION OF TIME FOR DEFENDANT COLLIERS INTERNATIONAL INTERMOUNTAIN, LLC TO RESPOND TO PLAINTIFF' AMENDED COMPLAINT**<br><br>Civil No. 2:25-cv-00162<br><br>Judge David Barlow |

| | |
|---|---|
| JOSKER; JERALD ADAM LONG; KGL REAL ESTATE DEVELOPMENT, PLLC; SMART COVE, LLC; GTR HOLDINGS, LLC; LONG HOLDINGS, LLC; KGL ADVISORS, LLC; MARY STREET; CAMS REALTY, LLC; MOUNTAIN WEST COMMERCIAL, LLC; STEVE CATON; SARC DRAPER, LLC; ROBERT M. LEVENSON BLACKACRE 1031 EXCHANGE SERVICES LLC; ADP-MILLCREEK 2, LLC; ADP-MILLCREEK 3, LLC; ,<br><br>    Defendants. | |

Defendant Colliers International Intermountain, LLC and Plaintiffs, throug their respective counsel, stipulate that this Defendant may have until August 15, 2025, to file their responsive pleading to Plaintiff's First Amended Complaint. No previous extensions have been requested or granted.

The parties move the Court for an Order pursuant hereto.

DATED: August 1, 2025                **LEWIS BRISBOIS BISGAARD & SMITH LLP**

By: */s/ Douglas C. Smith*
    William B. Helfand
    Douglas C. Smith
    Andrew R. Welch
    *Attorneys for Defendants Colliers International, James Yates, Lew Cramer, and Brandon Fugal*

DATED: August 1, 2025                **DEISS LAW, PC**

By: */s/ Corey D. Riley (signed with permission)*
    Andrew D. Miller
    Corey D. Riley
    *Attorneys for Plaintiffs*

159827962.1

## CERTIFICATE OF SERVICE

I hereby certify that on the 9th day of July, I caused a true and correct copy of the foregoing **STIPULATED MOTION FOR EXTENSION OF TIME FOR DEFENDANT COLLIERS INTERNATIONAL INTERMOUNTAIN, LLC TO RESPOND TO PLAINTIFF' AMENDED COMPLAINT** to be electronically filed via the CM/ECF system, which sent notification of such filing to all counsel of record in this case.

/s/ Belle Wade

159827962.1