5WILLIAM B. HELFAND #16686
DOUGLAS C. SMITH #10805
ANDREW R. WELCH, #14028
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
6550 South Millrock Drive, Suite 200
Salt Lake City, Utah 84121-2318
Telephone: 801.562.5555
Facsimile: 801.562.5510
Bill.Helfand@lewisbrisbois.com
Douglas.Smith@lewisbrisbois.com
Andrew.Welch@lewisbrisbois.com
*Attorneys for Defendant Colliers International Intermountain, LLC*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH

| | |
|---|---|
| JOHN WEBER; GAYLE WEBER; CLUB FITNESS, INC.; PETER ROSS WEBER; YOLANDA ALTAGRACIA COSME DE WEBER; COMPOSTELA LIMITED, LLC; DAVID ELTON; ALYCE WEBER; JAMES BLAISDELL; BRYSON OCKEY; KRISTINE OCKEY; CLAUDIA GRIFFIN; ERIC STAMM; THE BETTY L. GRIFFIN 1999 REVOCABLE TRUST;<br><br>      Plaintiffs,<br><br>V.<br><br>COLLIERS INTERNATIONAL GROUP, INC.; COLLIERS INTERNATIONAL HOLDINGS (USA), INC.; COLLIERS INTERNATIONAL INTERMOUNTAIN, LLC; KEVIN LONG; MILLCREEK COMMERCIAL PROPERTIES, LLC; MILLROCK INVESTMENT FUND 1, LLC; MILLROCK INVESTMENT FUND 1 MANAGEMENT, LLC; BLAKE MCDOUGAL; SPENCER TAYLOR; SPENCER STRONG; BRENT SMITH; MARK MACHLIS; GREEN IVY REALTY, INC.; 13 INVESTMENTS, LLC; LADY MIRA BLUE MACHLIS; THOMAS SMITH; LEW CRAMER; MATTHEW HAWKINS; GIL BOROK; DAVID | **ORDER GRANTING STIPULATED MOTION FOR EXTENSION OF TIME FOR DEFENDANT COLLIERS INTERNATIONAL INTERMOUNTAIN, LLC TO RESPOND TO PLAINTIFF' AMENDED COMPLAINT**<br><br>Civil No. 2:25-cv-00162<br><br>Judge David Barlow |

159828755.1

| | |
|---|---|
| JOSKER; JERALD ADAM LONG; KGL REAL ESTATE DEVELOPMENT, PLLC; SMART COVE, LLC; GTR HOLDINGS, LLC; LONG HOLDINGS, LLC; KGL ADVISORS, LLC; MARY STREET; CAMS REALTY, LLC; MOUNTAIN WEST COMMERCIAL, LLC; STEVE CATON; SARC DRAPER, LLC; ROBERT M. LEVENSON BLACKACRE 1031 EXCHANGE SERVICES LLC; ADP-MILLCREEK 2, LLC; ADP-MILLCREEK 3, LLC; ,<br><br>  Defendants. | |

Having considered the Stipulated Motion for Extension of Time for Defendant Colliers International Intermountain, LLC to Respond to Plaintiff's First Amended Complaint, and for good cause appearing, the Court hereby GRANTS the Motion and Order that the deadline for Defendant to file an Answer to Plaintiff's First Amended Complaint is on August 15, 2025.

DATED this ___ day of August, 2025.

BY THE COURT:

_____
Magistrate Judge Dustin B. Pead

APPROVED AS TO FORM:

DATED:  August 1, 2025        **DEISS LAW, PC**


By:  */s/ Corey D. Riley (signed with permission)*
     Andrew D. Miller
     Corey D. Riley
     *Attorneys for Plaintiffs*

159828755.1