# EXHIBIT A

# RETURN OF SERVICE
# INDIVIDUAL/PERSONAL

UNITED STATES DISTRICT COURT, DISTRICT OF UTAH

For:
Deiss Law
10 W 100 S Ste 700
Salt Lake City UT 84101

**JOHN WEBER ET AL**,
PLAINTIFF
       VS
**COLLIERS INTERNATIONAL GROUP INC ET AL** ,
DEFENDANT.

Case Number: **2:25-ccv-00162**

I, **Matt Jennings,** state:

On **7/29/2025** at **7:00:50 AM**, I served the following: **Summons in a Civil Action, First Amended Complaint Jury Demand , Exhibit(s)** for **BRENT SMITH** at **5047 W BURNTSIDE AVE, SOUTH JORDAN, UT 84009.**

By delivering a true copy of each to **BRENT SMITH** , *personally*. I told **BRENT SMITH** to review the documents carefully and follow any included instructions.

**Comments:**
02/13/1989. 951-691-9788.

07/25/2025 08:00 AM 5047 W Burntside Ave, South Jordan, UT 84009 NALS
07/28/2025 03:11:18 PM 5047 W Burntside Ave, South Jordan, UT 84009 NALS

Served at following GPS coordinates, Lat: 40.563543 Long: -112.010281

I declare under criminal penalty of the State of Utah that I am over the age of 18, have no interest in the above action, am a Salt Lake County Constable, and that the foregoing is true and correct. Executed on the date listed above.

X_____
**Matt Jennings     07/29/2025**

Job #: 2503124
Service Fee: $40.12



Wasatch Constables, 5525 S 900 E STE 110, MURRAY, UT 84117-3512