# EXHIBIT B

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.   **2:25-cv-00162-DBB-DPB**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for **David Josker**
was recieved by me on **7/25/2025:**

☐  I personally served the summons on the individual at *(place)* on *(date)* ; or

☐  I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☐  I served the summons on *(name of individual)* , who is designated by law to accept service of process on behalf of *(name of organization)*; or

☒  I returned the summons unexecuted because **Other contact** after attempting service at **6324 Canoga Ave, Woodland Hills, CA 91367**; or

☐  Other *(specify)*

My fees are $ 0 for travel and **$ 140.00** for services, for a total of **$ 140.00**.

I declare under penalty of perjury that this information is true.

Date:  07/29/2025

*Server's signature*

**Armen Sinanyan**
*Printed name and title*

**20608 SATICOY ST
canoga park, CA 91306**

*Server's address*

Additional information regarding attempted service, etc:

**7/26/2025 4:53 PM: There was no answer at the address.
7/27/2025 7:44 PM: There was no answer at the address.
7/28/2025 9:11 AM: I spoke with an individual who identified themselves as the front desk and they stated subject employed but not available at this time.  Came to the location front desk said not here and does not have a set hours so they come and go and we're not available at this time.
7/29/2025 11:30 AM: I spoke with an individual who identified themselves as the security at the building where he is located at and they stated subject employed but not available at this time.  He can location and business rang the bell security or the secretary, comes to the door and says that he is not available unless I have an appointment. He will not see anybody without an appointment so he at the location he refuses to accept documentation.**




Tracking #: **0179885434**

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 3)

Civil Action No.    **2:25-cv-00162-DBB-DPB**



Tracking #: **0179885434**

