# EXHIBIT C

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.    **2:25-cv-00162-DBB-DBP**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for   **Gil Borok**
was recieved by me on  **7/25/2025:**

☐   I personally served the summons on the individual at *(place)*  on *(date)* ; or

☐   I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☐   I served the summons on *(name of individual)* , who is designated by law to accept service of process on behalf of *(name of  organization)*; or

☒    I returned the summons unexecuted because **Unknown** after attempting service at **6324 Canoga Ave, Woodland Hills, CA 91367**; or

☐   Other *(specify)*


My fees are $ 0 for travel and **$ 0.00** for services, for a total of **$ 0.00**.

I declare under penalty of perjury that this information is true.

Date:   07/28/2025

_____
*Server's signature*

**Armen Sinanyan**
*Printed name and title*

**20608 SATICOY ST
canoga park, CA 91306**

_____
*Server's address*

Additional information regarding attempted service, etc:

**7/26/2025 4:55 PM: There was no answer at the address.
7/27/2025 7:43 PM: There was no answer at the address.
7/28/2025 9:14 AM: I spoke with an individual who identified themselves as the front desk associate and they stated subject unknown.**



Tracking #: **0179623710**

