# EXHIBIT E

# RETURN OF SERVICE
# AUTHORIZED

UNITED STATES DISTRICT COURT, DISTRICT OF UTAH

For:
Deiss Law
10 W 100 S Ste 700
Salt Lake City UT 84101

**JOHN WEBER ET AL**,
PLAINTIFF
                    VS
**COLLIERS INTERNATIONAL GROUP INC ET AL** ,
DEFENDANT.

Case Number: **2:25-ccv-00162**

I, **Matt Jennings,** state:

On **7/29/2025** at **7:02:33 AM**, I served the following: **Summons in a Civil Action, First Amended Complaint Jury Demand , Exhibit(s)** on **MILLROCK INVESTMENT FUND 1** at **5047 W BURNTSIDE AVE, SOUTH JORDAN, UT 84009.**

By delivering a true copy of each to **BRENT SMITH**, as **AUTHORIZED PERSON** at **5047 W BURNTSIDE AVE, SOUTH JORDAN, UT 84009**. **BRENT SMITH** told me he or she was authorized to accept service for **MILLROCK INVESTMENT FUND 1** . I told **BRENT SMITH** to review the documents carefully and follow any included instructions.

07/25/2025 08:00 AM 5047 W Burntside Ave, South Jordan, UT 84009 NALS
07/28/2025 03:11:18 PM 5047 W Burntside Ave, South Jordan, UT 84009 NALS

Served at following GPS coordinates, Lat: 40.564087 Long: -112.011422

I declare under criminal penalty of the State of Utah that I am over the age of 18, have no interest in the above action, am a Salt Lake County Constable, and that the foregoing is true and correct. Executed on the date listed above.

X_____
**Matt Jennings**     07/29/2025

Job #: 2503123
Service Fee: $144.12



Wasatch Constables, 5525 S 900 E STE 110, MURRAY, UT 84117-3512