# THE UNITED STATES DISTRICT COURT
# DISTRICT OF UTAH

| | |
|---|---|
| JOHN WEBER; GAYLE WEBER; CLUB FITNESS, INC.; PETER ROSS WEBER; YOLANDA ALTAGRACIA COSME DE WEBER; COMPOSTELA LIMITED, LLC; DAVID ELTON; ALYCE WEBER; JAMES BLAISDELL; BRYSON OCKEY; KRISTINE OCKEY; CLAUDIA GRIFFIN; ERIC STAMM; THE BETTY L. GRIFFIN 1999 REVOCABLE TRUST;<br><br>*Plaintiffs,*<br><br>v.<br><br>COLLIERS INTERNATIONAL GROUP, INC.; COLLIERS INTERNATIONAL HOLDINGS (USA), INC.; COLLIERS INTERNATIONAL INTERMOUNTAIN, LLC; KEVIN LONG; MILLCREEK COMMERCIAL PROPERTIES, LLC; MILLROCK INVESTMENT FUND 1, LLC; MILLROCK INVESTMENT FUND 1 MANAGEMENT, LLC; BLAKE MCDOUGAL; SPENCER TAYLOR; SPENCER STRONG; BRENT SMITH; MARK MACHLIS; GREEN IVY REALTY, INC.; 13 INVESTMENTS, LLC; LADY MIRA BLUE MACHLIS; THOMAS SMITH; LEW CRAMER; MATTHEW HAWKINS; GIL BOROK; DAVID JOSKER; JERALD ADAM LONG; KGL REAL ESTATE DEVELOPMENT, PLLC; SMART COVE, LLC; GTR HOLDINGS, LLC; LONG HOLDINGS, LLC; KGL ADVISORS, LLC; MARY STREET; CAMS REALTY, LLC; MOUNTAIN WEST COMMERCIAL, LLC; STEVE CATON; SARC DRAPER, LLC; ROBERT M. LEVENSON BLACKACRE 1031 EXCHANGE SERVICES LLC; ADP- | **ORDER GRANTING MOTION FOR ADDITIONAL TIME TO SERVE AMENDED COMPLAINT**<br><br>Case No. 2:25-cv-00162 DBB DBP<br><br>Judge David Barlow<br><br>Chief Magistrate Judge Dustin B. Pead |

| | |
|---|---|
| MILLCREEK 2, LLC; ADP-MILLCREEK 3, LLC; <br><br> *Defendants.* | |

The matter is before the court on Plaintiffs' Motion for Additional Time to Serve Amended Complaint. (ECF No. 72.) Plaintiffs seek another extension of time for 60 days to serve their 178-page Amended Complaint comprising eighteen causes of action.

Plaintiffs filed their original Complaint on March 4, 2025[1] and their Amended Complaint on March 25, 2025.[2] Under Fed. R. Civ. P. 4(m), a plaintiff must serve their complaint on defendants within 90 days. However, upon a showing of good cause for failing to meet that deadline, the "court must extend the time for service for an appropriate period."[3]

The first 90-day deadline of service for Plaintiffs was on June 2, 2025. On that same date, Plaintiffs filed a Motion for Extension of Time requesting an additional 60 days to serve their Amended Complaint. The court granted that Motion the following day making the new deadline for service August 2, 2025.[4] Plaintiffs now seek an additional 60 days until September 30, 2025, to serve the remaining Defendants. In support Plaintiffs set forth their efforts already extended in successfully serving many Defendants and their efforts in serving the remaining Defendants. For example, Plaintiffs note reaching out to certain counsel, hiring process servers and those process server's attempts to effectuate service. The court will permit an additional 60 days until September 30, 2025, to serve all remaining Defendants.

---

[1] ECF No. 1.
[2] ECF No. 4.
[3] Fed. R. Civ. P. 4(m).
[4] Order Granting Motion for Extension of Time dated June 3, 2025, ECF No. 35 (providing 60 days from the date of this order to effectuate service of the Amended Complaint) .

Accordingly, Plaintiffs' Second Motion for Extension of Time to Serve Amended Complaint is GRANTED. Plaintiffs have until September 30, 2025, to effectuate service of the Amended Complaint on any Defendants that have not been served.

IT IS SO ORDERED.

DATED this 4 August 2025.

_____
Dustin B. Pead
United States Magistrate Judge