# Re: Weber et al. v. Colliers et al. - Extension to File Opposition to Partial Motion to Dismiss

**amiller@deisslaw.com Andy Miller**  Wednesday, July 16, 2025 at 9:31:22 AM Mountain Daylight Time
To: rburge@parrbrown.com Rodger M. Burge
Cc: btolk@parrbrown.com Bentley J. Tolk, deiss@deisslaw.com Andrew Deiss, criley@deisslaw.com Corey Riley

Thanks, Rodger. A draft stipulation and proposed order are attached, please review and let us know if we may affix your electronic signature.

ANDY MILLER | Attorney

10 West 100 South, Suite 700 | Salt Lake City, UT 84101

385.205.6366 | amiller@deisslaw.com



On Tue, Jul 15, 2025 at 5:06 PM Rodger M. Burge <rburge@parrbrown.com> wrote:

> Andy – the extension is fine. Please prepare a draft stipulated motion and proposed order for us to review and approve.
>
> Rodger
>
> ---
>
> **From:** Andy Miller <amiller@deisslaw.com>
> **Sent:** Tuesday, July 15, 2025 4:19 PM
> **To:** Bentley J. Tolk <btolk@parrbrown.com>; Rodger M. Burge <rburge@parrbrown.com>
> **Cc:** Andrew Deiss <deiss@deisslaw.com>; Corey Riley <criley@deisslaw.com>
> **Subject:** Weber et al. v. Colliers et al. - Extension to File Opposition to Partial Motion to Dismiss
>
> Hi Rodger and Bentley,
>
> Hope you're doing well. Our opposition brief to Kevin Long's Partial Motion to Dismiss is due next Monday, and as you know, we have to respond to another motion to dismiss in that case case by this Friday. Given the closeness of these deadlines, would you be willing to give us an additional two weeks to respond to Mr. Long's Motion?

8/4/25, 4:48 PM    Google Vault - Re: Webber et al. v. Collier, et al. - Extension to File Opposition to Long Motion to Dismiss

Case 2:25-cv-00162-DBB-DBP   Document 76-1   Filed 08/04/25   PageID.1039   Page 2 of 6

Thanks,

ANDY MILLER | Attorney

10 West 100 South, Suite 700 | Salt Lake City, UT 84101

385.205.6366 | amiller@deisslaw.com



**Attachments:**

**Stipulated Motion to File Oppo to Kevin Long MTD.docx** 25k

**Proposed Order - Stipulated Motion to Extend Time to File Oppo to Long MTD.docx** 27k

Andrew G. Deiss (Utah Bar # 7184)
Corey D. Riley (Utah Bar # 16935)
Andrew D. Miller (Utah Bar # 19625)
DEISS LAW PC
10 West 100 South, Suite 700
Salt Lake City, UT 84101
Telephone: (801) 433-0226
deiss@deisslaw.com
criley@deisslaw.com
amiller@deisslaw.com

*Attorneys for Plaintiffs*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH

| | |
|---|---|
| JOHN WEBER, ET AL., <br><br> *Plaintiffs,* <br><br> v. <br><br> COLLIERS INTERNATIONAL GROUP, INC., ET AL, <br><br> *Defendants.* | **STIPULATED MOTION TO EXTEND TIME FOR PLAINTIFFS TO FILE OPPOSITION TO DEFENDANT KEVIN LONG'S MOTION TO DISMISS SECOND CAUSE OF ACTION** <br><br> Case No. 2:25-cv-00162 <br><br> District Judge David Barlow <br><br> Magistrate Judge Dustin B. Pead |

### RELIEF SOUGHT AND GROUNDS FOR THE RELIEF

Pursuant to Rule 6(b)(1)(A) of the Federal Rules of Civil Procedure, the undersigned parties by and through their counsel of record, hereby stipulate and respectfully move the Court to extend the due date for Plaintiffs to file their Memorandum in Opposition to Defendant Kevin Long's Motion to Dismiss Second Cause of Action [ECF No. #44] by 14 days. Good cause exists for the requested extension in order to allow Plaintiffs to adequately prepare their Response.  This Motion is timely

in that the current deadline for responding to the Motion is July 21, 2025. Accordingly, the undersigned parties request the Court grant the requested extension and order that Plaintiffs' Opposition to the Motion to Dismiss be filed no later than August 4, 2025. A stipulated proposed Order Granting this Motion is filed herewith.

DATED this 16th day of July 2025.

DEISS LAW PC

*/s/ Andrew D. Miller*
Andrew G. Deiss
Corey D. Riley
Andrew D. Miller
*Attorneys for Plaintiffs*

DATED this 16th day of July 2025.

PARR BROWN GEE & LOVELESS, P.C.

*/s/*
Bentley J. Tolk
Rodger M. Burge
*Attorneys for Defendant Kevin Long*

Andrew G. Deiss (Utah Bar # 7184)
Corey D. Riley (Utah Bar # 16935)
Andrew D. Miller (Utah Bar # 19625)
DEISS LAW PC
10 West 100 South, Suite 700
Salt Lake City, UT 84101
Telephone: (801) 433-0226
deiss@deisslaw.com
criley@deisslaw.com
amiller@deisslaw.com

*Attorneys for Plaintiffs*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH

| | |
|---|---|
| JOHN WEBER, ET AL.<br><br>*Plaintiffs,*<br><br>v.<br><br>COLLIERS INTERNATIONAL GROUP, INC., ET AL.,<br><br>*Defendants.* | **ORDER GRANTING STIPULATED MOTION TO EXTEND TIME FOR PLAINTIFFS TO FILE OPPOSITION TO DEFENDANT KEVIN LONG'S PARTIAL MOTION TO DISMISS**<br><br>Case No. 2:25-cv-00162<br><br>District Judge David Barlow<br><br>Magistrate Judge Dustin B. Pead |

Having considered the Parties' Stipulated Motion to Extend Time for Plaintiffs to File Opposition to Defendant Kevin Long's Motion to Dismiss Second Cause of Action and memorandum in support, and for good cause appearing, the Court hereby GRANTS the Motion and ORDERS that the deadline for Plaintiffs to file their Memorandum in Opposition to Kevin Long's Motion to Dismiss Second Cause of Action is extended to August 4, 2025.

DATED this [] day of July 2025.

BY THE COURT:

_____

Dustin B. Pead

United States Magistrate Judge