Andrew G. Deiss (Utah Bar # 7184)
Corey D. Riley (Utah Bar # 16935)
Andrew D. Miller (Utah Bar # 19625)
DEISS LAW PC
10 West 100 South, Suite 700
Salt Lake City, UT 84101
Telephone: (801) 433-0226
deiss@deisslaw.com
criley@deisslaw.com
amiller@deisslaw.com

*Attorneys for Plaintiffs*

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF UTAH

| | |
|---|---|
| JOHN WEBER, ET AL., <br><br> *Plaintiffs,* <br><br> v. <br><br> COLLIERS INTERNATIONAL GROUP, INC., ET AL, <br><br> *Defendants.* | **DECLARATION OF ANDREW G. DEISS IN SUPPORT OF MOTION TO EXTEND TIME FOR PLAINTIFFS TO FILE OPPOSITION TO DEFENDANT KEVIN G. LONG'S PARTIAL MOTION TO DISMISS** <br><br> Case No. 2:25-cv-00162 <br><br> District Judge David Barlow <br><br> Magistrate Judge Dustin B. Pead |

*I, Andrew G. Deiss, make the following declaration:*

  1. I am above the age of 18 and a resident of the state of Utah.

  2. I am lead counsel for the Plaintiffs in the above-captioned action.

  3. On August 1, 2025, I emailed Defendant Kevin Long's counsel requesting an extension of time to oppose Mr. Long's partial motion to dismiss.

  4. Long's counsel wrote back via email that they understood the deadline to still be July 21, 2025, and thus, that Plaintiffs' response was overdue already.

1

5.   They stated they could not sign to a stipulated motion for a further extension.

6.   However, they said, they would not oppose a unilateral motion for an extension.

7.   They further stated that I should feel free to communicate their lack of opposition to the Court.

Dated this August 4, 2025.

*I declare under penalty of perjury that the foregoing is true to the best of my knowledge, information, and belief.*

/s/ *Andrew G. Deiss*

Andrew G. Deiss
*Attorney for Plaintiffs*