Andrew G. Deiss (Utah Bar # 7184)
Corey D. Riley (Utah Bar # 16935)
Andrew D. Miller (Utah Bar # 19625)
DEISS LAW PC
10 West 100 South, Suite 700
Salt Lake City, UT 84101
Telephone: (801) 433-0226
deiss@deisslaw.com
criley@deisslaw.com
amiller@deisslaw.com

*Attorneys for Plaintiffs*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH**

| | |
|---|---|
| JOHN WEBER, ET AL. *Plaintiffs,* v. COLLIERS INTERNATIONAL GROUP, INC., ET AL., *Defendants.* | **ORDER GRANTING MOTION TO EXTEND TIME FOR PLAINTIFFS TO FILE OPPOSITION TO DEFENDANT KEVIN G. LONG'S PARTIAL MOTION TO DISMISS** Case No. 2:25-cv-00162 District Judge David Barlow Magistrate Judge Dustin B. Pead |

Having considered the Motion to Extend Time for Plaintiffs to File Opposition to Defendant Kevin G. Long's Partial Motion to Dismiss and Memorandum in Support, and for good cause appearing, the Court hereby GRANTS the Motion and ORDERS that the deadline for Plaintiffs to file their Memorandum in Opposition to the Kevin G. Long's Partial Motion to Dismiss and Memorandum in Support is extended to August 11, 2025, or three days after the date this Order is entered, whichever is later.

BY THE COURT:

_____

Judge Dustin B. Pead

United States Magistrate Judge