# THE UNITED STATES DISTRICT COURT
# DISTRICT OF UTAH

| | |
|---|---|
| JOHN WEBER, ET AL.<br><br>*Plaintiffs,*<br><br>v.<br><br>COLLIERS INTERNATIONAL GROUP, INC., ET AL.,<br><br>*Defendants.* | **ORDER GRANTING MOTION TO EXTEND TIME FOR PLAINTIFFS TO FILE OPPOSITION TO DEFENDANT KEVIN G. LONG'S PARTIAL MOTION TO DISMISS**<br><br>Case No. 2:25-cv-00162<br><br>District Judge David Barlow<br><br>Magistrate Judge Dustin B. Pead |

Having considered the Motion to Extend Time for Plaintiffs to File Opposition to Defendant Kevin G. Long's Partial Motion to Dismiss and Memorandum in Support, and for good cause appearing, the Court hereby GRANTS the Motion and ORDERS that the deadline for Plaintiffs to file their Memorandum in Opposition to the Kevin G. Long's Partial Motion to Dismiss and Memorandum in Support is extended to August 11, 2025.

BY THE COURT:

David Barlow
United States District Court Judge