Andrew G. Deiss (Utah Bar # 7184)
Corey D. Riley (Utah Bar # 16935)
Deiss Law P.C.
10 West 100 South, Suite 700
Salt Lake City, UT  84101
Telephone: (801) 433-0226
deiss@deisslaw.com
criley@deisslaw.com
*Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH

| | |
|---|---|
| **John Weber**, et al.,<br>        *Plaintiffs*,<br><br>vs.<br><br>**Colliers International Group, Inc.**, et al.,<br>        *Defendants*. | NOTICE OF ERRATA TO: PLAINTIFFS' MEMORANDUM OPPOSING DEFENDANTS COLLIERS INTERNATIONAL GROUP, INC.; COLLIERS INTERNATIONAL HOLDINGS (USA), INC.; AND COLLIERS INTERNATIONAL INTERMOUNTAIN, LLC'S MOTION TO DISMISS<br><br>Case No. 2:25-cv-162-DBB-DBP<br><br>Judge David Barlow<br>Magistrate Judge Dustin Pead |

Plaintiffs' hereby give notice of errata to Plaintiffs' Memorandum

Opposing Defendants Colliers International Group, Inc.; Colliers International

Holdings (USA), Inc.; and Colliers International Intermountain, LLC's Motion to

Dismiss. On page 5, the brief states: "'there is a low bar for surviving a motion to dismiss' in the Tenth Circuit." This statement should be disregarded.

DATED: October 31, 2025.

                                              Respectfully Submitted,

                                              *s/ Corey D. Riley*
Andrew G. Deiss
Corey D. Riley
Deiss Law P.C.
10 West 100 South, Suite 700
Salt Lake City, UT  84101
Telephone: (801) 433-0226
deiss@deisslaw.com
criley@deisslaw.com
*Attorneys for Plaintiffs*