# THE UNITED STATES DISTRICT COURT
# DISTRICT OF UTAH

| | |
|---|---|
| JOHN WEBER, et al.<br><br>    Plaintiffs,<br><br>v.<br><br>COLLIERS INTERNATIONAL GROUP, INC., et al.,<br><br>    Defendants. | **ORDER GRANTING JOINT STIPULATED MOTION FOR EXTENSION OF TIME FOR DEFENDANT JERALD ADAM LONG TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFFS' SECOND AMENDED COMPLAINT**<br><br>Case No. 2:25-cv-00162-DBB-DBP<br><br>Judge David Barlow<br><br>Chief Magistrate Judge Dustin B. Pead |

THE COURT, having considered the Joint Stipulated Motion for Extension of Time for Defendant Jerald Adam Long to Answer or Otherwise Respond to Plaintiffs' Second Amended Complaint (the "Motion"), and finding good cause therefore:

IT IS HEREBY ORDERED that the Motion is GRANTED. Mr. Long may have up until and including Friday, January 9, 2026, to file his Answer or Response to Plaintiffs' Second Amended Complaint.

DATED this 16 December 2025.

_____
Dustin B. Pead
United States Magistrate Judge

**Approved as to Form and Content:**

**DEISS LAW PC**

*/s/ Corey Drew Riley*
Corey Drew Riley
Andrew G. Deiss

*Attorneys for Plaintiffs*

(*signed electronically, with permission)