Bentley J. Tolk (btolk@parrbrown.com)
Rodger M. Burge (rburge@parrbrown.com)
PARR BROWN GEE & LOVELESS, P.C.
101 South 200 East, Suite 700
Salt Lake City, Utah  84111
Telephone:  (801) 532-7840

*Attorneys for Defendant Kevin Long*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| JOHN WEBER; GAYLE WEBER; CLUB FITNESS, INC.; PETER ROSS WEBER; YOLANDA ALTAGRACIA COSME DE WEBER; COMPOSTELA LIMITED, LLC; DAVID ELTON; ALYCE WEBER; JAMES BLAISDELL; BRYSON OCKEY; KRISTINE OCKEY; CLAUDIA GRIFFIN; ERIC STAMM; THE BETTY L. GRIFFIN 1999 REVOCABLE TRUST,<br><br>Plaintiffs,<br>v.<br><br>COLLIERS INTERNATIONAL GROUP, INC.; COLLIERS INTERNATIONAL HOLDINGS (USA), INC.; COLLIERS INTERNATIONAL INTERMOUNTAIN, LLC; KEVIN LONG; MILLCREEK COMMERCIAL PROPERTIES, LLC; MILLROCK INVESTMENT FUND 1, LLC; MILLROCK INVESTMENT FUND 1 MANAGEMENT, LLC; BLAKE MCDOUGAL; SPENCER TAYLOR; SPENCER STRONG; BRENT SMITH; MARK MACHLIS; GREEN IVY REALTY, INC.; 13 INVESTMENTS, LLC; LADY MIRA BLUE MACHLIS; THOMAS SMITH; LEW CRAMER; MATTHEW HAWKINS; GIL BOROK; DAVID JOSKER; JERALD ADAM LONG; KGL REAL ESTATE DEVELOPMENT, PLLC; SMART COVE, LLC; GTR HOLDINGS, LLC; LONG | STIPULATED MOTION TO EXTEND TIME FOR DEFENDANT KEVIN LONG TO RESPOND TO SECOND AMENDED COMPLAINT [DKT. # 147]<br><br><br><br>Civil No. 2:25-cv-00162-DB-DBP<br><br>District Judge David Barlow<br><br>Magistrate Judge Dustin B. Pead |

| | |
|---|---|
| HOLDINGS, LLC; KGL ADVISORS, LLC; MARY STREET; CAMS REALTY, LLC; MOUNTAIN WEST COMMERCIAL, LLC; STEVE CATON; SARC DRAPER, LLC; ROBERT M. LEVENSON BLACKACRE 1031 EXCHANGE SERVICES LLC; ADP-MILLCREEK 2, LLC; and ADP-MILLCREEK 3, LLC,<br><br>　　　　　Defendants. | |

Pursuant to Rule 6(b)(1)(A) of the Federal Rules of Civil Procedure, plaintiffs and defendant Kevin G. Long ("Long"), by and through their counsel of record, hereby stipulate and respectfully move the Court to extend the due date for Long to file a response to the Second Amended Complaint [Dkt. #147] in this matter through and including Friday, January 2, 2026. Good cause exists for the requested extension where (i) counsel for Long has had pre-existing deadlines and scheduling conflicts that prevent them from fully and fairly preparing a response to the Second Amended Complaint; (ii) this is the first extension requested; and (iii) the requested extension is for two (2) additional weeks running through the holidays, and thus will not unduly delay the prosecution of this case. This motion is timely where the current deadline for filing a response to the Second Amended Complaint is December 19, 2025.

A proposed Order Granting Stipulated Motion to Extend Time for Defendant Kevin Long to File a Response to Second Amended Complaint [Dkt. #147] is attached hereto.

DATED this 18th day of December, 2025.

　　　　　　　　　　　　　　　　　　　PARR BROWN GEE & LOVELESS, P.C.


　　　　　　　　　　　　　　　　　　　By: /s/ Rodger M. Burge
　　　　　　　　　　　　　　　　　　　　　Bentley J. Tolk
　　　　　　　　　　　　　　　　　　　　　Rodger M. Burge
　　　　　　　　　　　　　　　　　　　　　Attorneys for Defendant Kevin Long

DEISS LAW

By: /s/ Corey D. Riley*
    Andrew G. Deiss
    Corey D. Riley
    Andrew D. Miller
    Attorneys for Plaintiffs
    *Signed by Counsel with Permission

CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on this 18th day of December, 2025 a true and correct copy of the foregoing STIPULATED MOTION TO EXTEND TIME FOR DEFENDANT KEVIN LONG TO RESPOND TO SECOND AMENDED COMPLAINT [DKT. # 147] was filed with the Clerk of the Court using the CM/ECF system, providing notice thereof to all parties having made an appearance in this matter.

                                    /s/ Wendy V. Tuckett