

MAIL TAX NOTICE TO GRANTEE:
James Blaisdell
3201 S. Sepulveda Blvd #201
Los Angeles, CA 90034
File Number: 1941482FA-3

13527589
1/8/2021 1:44:00 PM $40.00
Book - 11095 Pg - 7765-7766
RASHELLE HOBBS
Recorder, Salt Lake County, UT
OLD REPUBLIC TITLE DRAPER/OREM
BY: eCASH, DEPUTY - EF 2 P.

## SPECIAL WARRANTY DEED

**SARC DRAPER LLC, a Missouri limited liability company**  GRANTOR

for the sum of TEN DOLLARS and other good and valuable consideration hereby CONVEYS and WARRANTS AGAINST THE ACTS OF GRANTOR ONLY to

**JAMES BLAISDELL, as to an undivided 2.963% interest as a tenant in common**  GRANTEE

the following tract of land in SALT LAKE COUNTY, STATE OF UTAH, to-wit:

> Unit 100, 110, 200, 210, 220, contained within the HBA PLAZA AT DRAPER, a Utah Condominium Project as identified in the Record of Survey Map recorded May 22, 2020, as Entry No. 13278243, in Book 2020P of Plats at Page 122, and as further defined and described in the Declaration of Condominium of the HBA PLAZA AT DRAPER CONDOMINIUMS, recorded May 22, 2020, as Entry No. 13278242, in Book 10948 at Page 2671, in the office of the Recorder of Salt Lake County, Utah, and in any supplements/amendments thereto.
>
> Together with: (a) The undivided ownership interest in said Condominium Project's Common Areas and Facilities which is appurtenant to said unit, (the referenced Declaration of Condominium providing for periodic alteration both in the magnitude of said undivided ownership interest and in the composition of the Common Areas and Facilities to which said interest relates); (b) The exclusive right to use and enjoy each of the Limited Common Areas which is appurtenant to said unit, and (c) The non-exclusive right to use and enjoy the Common Areas and Facilities included in said Condominium Project (as said project may hereafter be expanded) in accordance with the aforesaid Declaration and Survey Map (as said Declaration and Map may hereafter be amended or supplemented) and the Utah Condominium Ownership Act.
>
> TAX ID No(s): 33-01-278-010; 33-01-278-009; 33-01-278-005; 33-01-278-006; and 33-01-278-007

Subject to any easements, restrictions and rights of way appearing of record and enforceable in law and subject to general property taxes for the year 2021 and thereafter.



MAIL TAX NOTICE TO GRANTEE:
James Blaisdell
3201 S. Sepulveda Blvd #201
Los Angeles, CA 90034
File Number: 1941482FA-3

THIS DOCUMENT HAS BEEN RECORDED ELECTRONICALLY
ENTRY # 13527989  DATE 1/8/2021

# SPECIAL WARRANTY DEED

**SARC DRAPER LLC, a Missouri limited liability company**                                    GRANTOR

for the sum of TEN DOLLARS and other good and valuable consideration hereby CONVEYS and WARRANTS AGAINST THE ACTS OF GRANTOR ONLY to

**JAMES BLAISDELL, as to an undivided 2.963% interest as a tenant in common**                GRANTEE

the following tract of land in SALT LAKE COUNTY, STATE OF UTAH, to-wit:

> Unit 100, 110, 200, 210, 220, contained within the HBA PLAZA AT DRAPER, a Utah Condominium Project as identified in the Record of Survey Map recorded May 22, 2020, as Entry No. 13278243, in Book 2020P of Plats at Page 122, and as further defined and described in the Declaration of Condominium of the HBA PLAZA AT DRAPER CONDOMINIUMS, recorded May 22, 2020, as Entry No. 13278242, in Book 10948 at Page 2671, in the office of the Recorder of Salt Lake County, Utah, and in any supplements/amendments thereto.
>
> Together with: (a) The undivided ownership interest in said Condominium Project's Common Areas and Facilities which is appurtenant to said unit, (the referenced Declaration of Condominium providing for periodic alteration both in the magnitude of said undivided ownership interest and in the composition of the Common Areas and Facilities to which said interest relates); (b) The exclusive right to use and enjoy each of the Limited Common Areas which is appurtenant to said unit, and (c) The non-exclusive right to use and enjoy the Common Areas and Facilities included in said Condominium Project (as said project may hereafter be expanded) in accordance with the aforesaid Declaration and Survey Map (as said Declaration and Map may hereafter be amended or supplemented) and the Utah Condominium Ownership Act.
>
> TAX ID No(s):   33-01-278-010; 33-01-278-009; 33-01-278-005; 33-01-278-006; and 33-01-278-007

Subject to any easements, restrictions and rights of way appearing of record and enforceable in law and subject to general property taxes for the year 2021 and thereafter.

Effective as of this 6th day of January, 2021.

**GRANTOR:**

SARC DRAPER LLC, a Missouri limited liability company

By: *Steven Caton*
Its: *Managing Member*

STATE OF:

COUNTY OF:

On this 6th day of January, 2021, personally before me appeared *Steven Caton*, who proven on the basis of satisfactory evidence is the *Managing Member* of SARC DRAPER LLC, a Missouri limited liability company, and that said document was signed by him/her on behalf of said entity by authority of its members and within the authority granted under said entity's articles of organization and/or operating agreement, and acknowledged to me that said limited liability company executed the same.

Official Seal
Audrey J Budig
Notary Public State of Illinois
My Commission Expires 12/30/2023

*Audrey J Budig*
Notary Public
Residing In: Will County, Illinois
Commission Expires: 12/30/2023