ENT **118345:2022** PG 1 of 2
**Andrea Allen**
**Utah County Recorder**
2022 Nov 16 04:40 PM FEE 40.00 BY MG
RECORDED FOR First American Title Insurance Compan
ELECTRONICALLY RECORDED

Recording Requested by:
First American Title Insurance Company
National Commercial Services
215 South State Street, Ste. 380
Salt Lake City, UT 84111
(801)536-3100
Mail Tax Notices to
AFTER RECORDING RETURN TO:
Bryson J. Okey and Kristine B. Ockey
c/o, Millrock Investment Fund I LLC
2100 Pleasant Grove Blvd, ste 200
Pleasant Grove, Utah 84062

*SPACE ABOVE THIS LINE (3 ½" X 5") FOR RECORDER'S USE*

# SPECIAL WARRANTY DEED

Escrow No: **NCS-1120987N-SLC1 (jt)**
A.P.N.: **49-899-0005**

**Millrock Investment Fund 1, LLC, a Utah limited liability company**, Grantor, of **Pleasant Grove** , **Utah** County, State of **UT**, hereby CONVEYS AND WARRANTS only as against all claiming by, through or under it to

**Bryson J. Ockey and Kristine B. Ockey, husband and wife as to an undivided 14.0433% interest**, Grantee, of **Salt Lake City** , **Salt Lake** County, State of **Utah**, for the sum of Ten Dollars and other good and valuable considerations the following described tract(s) of land in **Utah** County, State of **Utah**:

**LOT 3, PIONEER PLAZA PHASE 1 SUBDIVISION AMENDED, ACCORDING TO THE OFFICIAL PLAT THEREOF ON FILE AND OF RECORD IN THE UTAH COUNTY RECORDER'S OFFICE.**

Witness, the hand(s) of said Grantor(s), this **November** |5th, **2022** .

Millrock Investment Fund 1, LLC, a Utah limited
liability company

By: Millrock Investment Fund 1 Management, LLC,
Manager

By:_____
     Name: Kevin G. Long
     Title: CEO

A.P.N.: **49-899-0005**          Special Warranty Deed - continued          File No.: **NCS-1120987N-SLC1 (jt)**

ENT**118345:2022** PG 2 of 2

STATE OF ___Utah___ )
                                                    )ss.
County of ___Utah___ )

On ___November 15 , 2022___, before me, the undersigned Notary Public, personally appeared **Kevin G. Long, CEO of Millrock Investment Fund 1 Management, LLC, a Utah limited liability company, Manager of Millrock Investment Fund 1, LLC, a Utah limited liability company,** personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies) and that his/her/their signature(s) on the instrument the person(s) or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal.

My Commission Expires:                              _Jamie Janece Anderson_
                                                    (Notary Public)

JAMIE JANECE ANDERSON
Notary Public - State of Utah
Comm. No. 715828
My Commission Expires on
Dec 19, 2024