ENT **120037:2022** PG 1 of 2
**Andrea Allen**
**Utah County Recorder**
2022 Nov 23 11:58 AM FEE 40.00 BY MG
RECORDED FOR First American Title Insurance Compan
ELECTRONICALLY RECORDED

Recording Requested by:
First American Title Insurance Company
National Commercial Services
215 South State Street, Ste. 380
Salt Lake City, UT 84111
(801)536-3100
Mail Tax Notices to
AFTER RECORDING RETURN TO:
The Betty L. Griffin 1999 Revocable Trust
c/o, Millrock Ivvesment Fund I LLC
2100 Pleasant Grove Blvd, ste 200
Pleasant Grove, Utah 84062

*SPACE ABOVE THIS LINE (3 ½" X 5") FOR RECORDER'S USE*

# SPECIAL WARRANTY DEED

Escrow No: **NCS-1120987M-SLC1 (jt)**
A.P.N.: **49-899-0005**

**Millrock Investment Fund 1, LLC, a Utah limited liability company**, Grantor, of **Pleasant Grove**, **Utah** County, State of **UT**, hereby CONVEYS AND WARRANTS only as against all claiming by, through or under it to

**Claudia L. Griffin, Successor Trustee of the Betty L. Griffin 1999 Revocable Trust dated July 21, 1999 as to an undivided 9.5356% interest**, Grantee, of **Denver**, **Denver** County, State of **Colorado**, for the sum of Ten Dollars and other good and valuable considerations the following described tract(s) of land in **Utah** County, State of **Utah**:

**LOT 3, PIONEER PLAZA PHASE 1 SUBDIVISION AMENDED, ACCORDING TO THE OFFICIAL PLAT THEREOF ON FILE AND OF RECORD IN THE UTAH COUNTY RECORDER'S OFFICE.**

**Said property is also known by the street address of:**
**1014 South 1100 West, AKA 1010 South 1100 West, Lehi, UT 84043**

Witness, the hand(s) of said Grantor(s), this **November 21, 2022**.

Millrock Investment Fund 1, LLC, a Utah limited
liability company

By: Millrock Investment Fund 1 Management, LLC,
Manager

By: _____
Name: Kevin G. Long

| | | |
|---|---|---|
| A.P.N.: **49-899-0005** | Special Warranty Deed - continued | File No.: **NCS-1120987M-SLC1 (jt)** |

Title: CEO

ENT **120037:2022** PG 2 of 2

STATE OF _____Utah_____ )
County of _____Utah_____ )ss.
 )

On __November 21, 2022__, before me, the undersigned Notary Public, personally appeared **Kevin G. Long, CEO of Millrock Investment Fund 1 Management, LLC, a Utah limited liability company, Manager of Millrock Investment Fund 1, LLC, a Utah limited liability company**, personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies) and that his/her/their signature(s) on the instrument the person(s) or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal.

My Commission Expires: 12/19/2024            _Jamie Janece Anderson_
                                              Notary Public

[Notary Seal: JAMIE JANECE ANDERSON, Notary Public - State of Utah, Comm. No. 715828, My Commission Expires on Dec 19, 2024]