FILED and certified as RECORDED in the Official Public Records of Houston County on the date and time stamped.
Terri Meadows, County Clerk, Houston County, Texas.

By : Terri Meadows          (TM)  Doc #     **20224293**     **Dec 9 2022   2:01 PM**

NOTICE OF CONFIDENTIALITY RIGHTS: YOU ARE A NATURAL PERSON. YOU MAY REMOVE OR STRIKE ANY OR ALL OF THE FOLLOWING INFORMATION FROM THIS INSTRUMENT BEFORE IT IS FILED FOR RECORD IN PUBLIC RECORDS: YOUR SOCIAL SECURITY NUMBER OR YOUR DRIVER'S LICENSE NUMBER.

## SPECIAL WARRANTY DEED

DATE: December 9, 2022

GRANTOR:    MILLROCK INVESTMENT FUND 1, LLC, a Utah limited liability company (herein,                        Grantor")

GRANTOR'S MAILING ADDRESS:

    1064 S. North County Blvd., Ste. 350, Pleasant Grove, UT 84062

GRANTEE:    The Betty L. Griffin 1999 Revocable Trust

GRANTEE MAILING ADDRESS:

    10859 Irving Ct., Westminster, CO 80031

CONSIDERATION:

    TWO HUNDRED THOUSAND AND NO/100 DOLLARS ($200,000.00) and other good and valuable consideration.

PROPERTY (INCLUDING ANY IMPROVEMENTS):

    An undivided 2.1041 % tenant in common interest in and to the following described real property:

    SEE EXHIBIT A ATTACHMENT HERETO

    Property street address: 200 Renaissance Way, Crockett, Texas 75835

RESERVATIONS FROM AND EXCEPTIONS TO CONVEYANCE AND WARRANTY:

    Easements, rights-of-way, and prescriptive rights, whether of record or not; all presently recorded restrictions, reservations, covenants, conditions, oil and gas leases, mineral severances, and other instruments, other than liens and conveyances, that affect the property; rights of adjoining owners in any walls and fences situated on a common boundary, any discrepancies conflicts, or shortages in area or boundary lines; any encroachments or overlapping of improvements; taxes for the current year, the payment of which Grantee assumes.

GRANTOR, for the consideration, receipt of which is hereby acknowledged, and subject to the reservations from and exceptions to conveyance and warranty, grants, sells, and conveys to Grantee the property, together with all and singular the rights and appurtenances thereto in any wise belonging, to have and to hold it to Grantee, Grantee's heirs, executors, administrators, and successors or assigns forever. Grantor binds and Grantor and Grantor's heirs, executors, administrators, and successors to warrant and forever defend all and singular the property to Grantee and Grantee's heirs, executors, administrators, successors and assigns against every person whomsoever lawfully claiming or claim the same or any part thereof by, through or under Grantor, but not otherwise, except as to the reservations from and exceptions to conveyance and warranty.

When the context requires singular nouns and pronouns include the plural.

GRANTOR

MILLROCK INVESTMENT FUND 1, LLC
an Utah limited liability company

By: _____
Printed Name: Kevin G. Long
Title: Manager

STATE OF  Utah  )
                ) ss.
COUNTY OF  Utah  )

This instrument was acknowledged before me on  December 7 , 20 23 by Kevin G. Long as Manager of Millrock Investment Fund 1, LLC, an Utah limited liability company.

[Affix Notary Seal]
JAMIE JANECE ANDERSON
Notary Public - State of Utah
Comm. No. 715828
My Commission Expires on
Dec. 19, 2024

SIGNATURE OF NOTARY PUBLIC
My commission expires: 12/19/2024

WHEN RECORDED MAIL TO:
MILLROCK INVESTMENT FUND 1, LLC
TITLEVEST AGENCY, LLC
110 E 42ND STREET
10TH FLOOR
NEW YORK, NY 10117

SEND SUBSEQUENT TAX BILL TO:
CAMS REALTY, LLC
  2015 WEST GROVE PARKWAY, STE. J
PLEASANT GROVE, UT 84062

EXHIBIT A

(legal description)

BEING LOT NUMBER (4) OF RENAISSANCE MEDICAL PARK, A SUBDIVISION IN HOUSTON COUNTY, TEXAS, ACCORDING TO THE MAP OR THEREOF, RECORDED VOLUME 1, PAGE 254 AND 255 OF THE PLAT RECORDS OF HOUSTON COUNTY, TEXAS.
TAX PARCEL IDENTIFICATION NUMBER: 10297
HOUSTON COUNTY APPRAISAL DISTRICT ACCOUNT #06270-00040-00000-000000