# EXHIBIT A

Andrew G. Deiss (Utah Bar # 7184)

Corey D. Riley (Utah Bar # 16935)

Deiss Law PC

10 West 100 South, Suite 700

Salt Lake City, UT 84101

Telephone: (801) 433-0226

deiss@deisslaw.com

criley@deisslaw.com

*Attorneys for Plaintiffs*

---

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH

| | |
|---|---|
| JOHN WEBER, et al. | **DECLARATION OF ANDREW DEISS** |
| *Plaintiffs,* | Case No. 2:25-cv-00162 |
| v. | Judge David Barlow |
| COLLIERS INTERNATIONAL GROUP, INC., et al. | Chief Magistrate Judge Dustin B. Pead |
| *Defendants.* | |

*I, Andrew Deiss, declare as follows:*

1. I am above the age of 18 and a resident of the State of Utah.

2. I am the lead attorney for the Plaintiffs in the above-entitled action, and I am familiar with the file, records, and pleadings in this matter.

3. I have supervised our firm's efforts to serve process on the Defendants named in this action. The statements below are based on my supervisory role.

4. To date, the following Defendants have yet to be served with summons and operative complaint in this action:

1

    a. Robert Levenson

    b. Blackacre 1031 Exchange Services LLC ("Blackacre 1031")

    c. David Josker

    d. Gil Borok

    e. Matthew Hawkins

    f. Lew Cramer

    g. KGL Advisors, LLC

    h. KGL Real Estate Development, PLLC

    i. Millcreek Commercial Properties, LLC

    j. Millrock Investemtn Fund 1 Management, LLC

    k. ADP-Millcreek 2, LLC

    l. ADP Millcreek-3, LLC

    m. Steven Caton

5. Our office has made extensive efforts to locate these Defendants or their registered agents in order to serve them with process.

6. As detailed herein, these efforts have included detailed and thorough internet searches, business entity records searches in multiple states, hiring a private investigator to locate these Defendants, sending requests to waive service to counsel known to represent these Defendants in separate but related matters, and numerous attempts to effectuate personal service at homes and workplaces.

7. In total, our office has spent over 100 man-hours working to serve process on all Defendants, a substantial portion of which has been focused on these unserved Defendants

specifically.

***Plaintiffs' Efforts to Serve Robert Levenson & Blackacre 1031***

8. Defendant Robert Levenson is the Registered Agent of Defendant Blackacre 1031 Exchange Services LLC.

9. Plaintiffs have attempted to serve Mr. Levenson, both personally and on behalf of Blackacre 1031, at multiple addresses, all of which have been unsuccessful.

10. Plaintiffs' process server attempted to serve Mr. Levenson in person at 6711 Lee Hwy., Ste. 208, Arlington, VA. 22205, which is the address listed for him on Blackacre 1031's business registration.

11. Because it appeared Mr. Levenson could no longer be found at that address, Plaintiffs hired a private investigator to find other possible addresses for him. The private investigator concluded that Mr. Levenson's present address was 2394 N Quincy St., Arlington, VA 22207.

12. Plaintiffs attempted to serve Mr. Levenson at this new address, but the process server determined that the residence was vacant.

13. Plaintiffs are unable to identify any other physical address for Mr. Levenson.

14. Mr. Levenson has recently formed a new company, Federal 1031 LLC.

15. The purported "Office Address" of Federal 1031 LLC is 4532 Cherry Hill Rd., Ste. 560, Arlington, VA 22207. *See* Ex. 1 at 1.

16. In reality, this is address is a UPS Store. Id. at 4. It therefore appears that Federal 1031 LLC does not have a physical location at which Mr. Levinson might be found. It appears that the company simply maintains a mailbox at this UPS Store which it uses to receive physical mail.

17. Personal service on Mr. Levenson and Blackacre 1031 is thus highly impractical, if not impossible, and the manifest difficulty of ascertaining Mr. Levenson's location suggests that he may be evading service of process.

18. However, because Mr. Levenson, either personally or through his new company, appears to maintain a mailbox at the UPS Store Cherry Hill Rd., it appears this may be an effective alternative means of service for these two defendants. The UPS Store's Private Mailbox service offers text and email notifications to customers when they receive mail at the store. See Mailbox Services: The UPS Store Cherry Hill Rd, The UPS Store, https://locations.theupsstore.com/va/arlington/4532-lee-hwy/mailbox-services (last visited Sep. 11, 2025). Additionally, the UPS Store acts as an authorized agent for its Mailbox Service customers, and will accept registered and certified mail on their behalf. See Mailbox Service Agreement, The UPS Store (Oct. 2024), https://www.theupsstore.com/File%20Library/theupsstore/cws/mailboxagreement.pdf (last visited Sep. 11, 2025).

19. Additionally, Mr. Levenson has communicated with Plaintiffs in the past using the email address Robert@BlackAcre1031.com.

20. More recently, Mr. Levenson has publicly indicated that he uses the email address bobby@federal1031.com. See Ex. 1 at 1-3.

21. Because Mr. Levenson is known to communicate via email, and holds himself out as doing so, service by email likewise appears to be an effective means of apprising him of the above-entitled action.

***Plaintiffs' Efforts to Serve David Josker***

22. After Defendant Colliers waived service, our office inquired with their prior counsel whether they would accept service on behalf of Defendant David Josker; they responded they would not.

23. Plaintiffs have since made multiple attempts to serve Mr. Josker personally at his workplace in the Los Angeles metropolitan area. Compare Ex. 2 (detailing efforts to serve Mr. Josker at 6324 Canoga Ave., Woodland Hills, CA 91367) with David Josker, Colliers, https://www.colliers.com/en/experts/david-josker (last visited Sep. 11, 2025) (identifying Mr. Josker's work address as 6324 Canoga Ave., Ste. 100, Woodland Hills, CA 91367).

24. On July 26, 2025, Plaintiffs' process server attempted to serve Mr. Josker at his work address but received no answer. Ex. 2.

25. On July 27, 2025, Plaintiffs' process server again attempted to serve Mr. Josker at his work address but received no answer. *Id.*

26. On July 28, 2025, Plaintiffs' process server again attempted to serve Mr. Josker at his work address and spoke with an individual who identified themselves as the front desk. This individual stated that Mr. Josker was employed there but was not available at that time and had no identifiable set of available hours. *Id.*

27. On July 29, 2025, Plaintiffs' process server again attempted to serve Mr. Josker at his work address and spoke with an individual who identified themselves as security of the building. This individual also stated that Mr. Josker was employed there but was unavailable at that time. *Id.*

28. On the same occasion, Plaintiffs' process server rang the bell for the business and was greeted by a secretary who came to the door and told them that Mr. Josker was unavailable

unless they had an appointment and indicated that Mr. Josker would not see anyone without an appointment. *Id.*

29. Mr. Josker thus refused to accept documentation. *Id.*

30. As an executive of one of the largest real estate firms operating in the country, Mr. Josker is a semi-public figure whose residential address is difficult to ascertain.

31. Mr. Josker is a principal of Defendants Colliers International Holdings (USA), Inc. ("Colliers USA") and Colliers International Intermountain, LLC ("Colliers Utah"), both of whom have been served and are represented by counsel. See ECF Nos. 18, 20-22, 37 & 87. He thus is almost certainly aware of the above-entitled action.

### *Plaintiffs' Efforts to Serve Gil Borok*

32. After Defendant Colliers waived service, our office inquired with their prior counsel whether they would accept service on behalf of Defendant Gil Borok; they responded they would not.

33. Plaintiffs have since made multiple attempts to serve Mr. Borok personally at his workplace in the Los Angeles metropolitan area. Compare Ex. 3 (detailing service attempts for Mr. Borok at 6324 Canoga Ave., Woodland Hills, CA 91367) with Gil Borok, Colliers, https://www.colliers.com/en/experts/gil-borok (last visited Sep. 11, 2025) (identifying Mr. Borok's work address as 6324 Canoga Ave., Ste. 100, Woodland Hills, CA 91367).

34. On July 26, 2025, Plaintiffs' process server attempted to serve Mr. Borok at his work address but received no answer. Ex. 3.

35. On July 27, 2025, Plaintiffs' process server again attempted to serve Mr. Borok at his work address but received no answer. *Id.*

36. On July 28, 2025, Plaintiffs' process server again attempted to serve Mr. Borok at his work address and spoke with an individual who identified themselves as the front desk associate. They stated that Mr. Borok was unknown to them. *Id*.

37. Accordingly, Mr. Borok could not be served.

38. As an executive of one of the largest real estate firms operating in the country, Mr. Borok is a semi-public figure whose residential address is difficult to ascertain.

39. Mr. Borok is a principal of both Colliers USA and Colliers Utah, who have been served and are represented by counsel. He thus is almost certainly aware of the above-entitled action.

***Plaintiffs' Efforts to Serve Matthew Hawkins***

40. After Defendant Colliers Utah waived service, our office inquired with their prior counsel whether they would accept service on behalf of Defendant Matthew Hawkins; they responded they would not.

41. Plaintiffs have since made multiple attempts to serve Mr. Hawkins personally at his workplace in Toronto. Compare Ex. 4 (detailing service attempts on Mr. Hawkins at 4000 – 1140 Bay St., Toronto, ON M5S 2Z4 Canada) with Matthew Hawkins, Colliers, https://www.collierscanada.com/en-ca/experts/matthew-hawkins (last visited Sep. 11, 2025) (identifying Mr. Hawkins' work address as 1140 Bay St., Ste. 4000, Toronto, ON, Canada).

42. Plaintiffs hired a private process server located in Toronto and authorized to serve process in the Province of Ontario to serve Mr. Hawkins.

43. On July 31, 2025, Plaintiffs' process server attempted to serve Mr. Hawkins at his work address. Mr. Hawkins' office administrator informed them that he was not there at that

time. The process server asked for other suitable times at which he may serve Mr. Hawkins, and the Office Administrator refused to provide any information related to his schedule. Ex. 4.

    a. Notably, during this same visit the process server successfully served Defendant Colliers International Group, Inc. ("CIGI"); the summons and complaint were accepted by the office administrator. See ECF No. 83.

44. The process server returned to Mr. Hawkins' workplace on August 1, 2025, to attempt to serve him. The building's security guard informed them that the office was empty and would be vacant the following Monday, as well. Ex. 4.

45. The process server returned to Mr. Hawkins' workplace again on August 6, 2025. The office administrator informed them that Mr. Hawkins was not in the office and that she did not know when he would be coming in next. *Id.*

46. Based on the foregoing, Plaintiffs' process server concluded that "personal service upon [Mr. Hawkins] is impractical as we do not have any further contact information that will aid in . . . service." *Id.*

47. As an executive of one of the largest real estate firms in the world, Mr. Hawkins is a semi-public figure whose residential address is difficult to ascertain.

48. Because Mr. Hawkins' employer was successfully served and is represented by counsel in this action, along with Colliers Utah (of which he is a principal), it seems highly likely that he is already aware of the above-entitled action.

*Plaintiffs' Efforts to Serve Lew Cramer*

49. After Defendant Colliers waived service, our office inquired with their prior counsel whether they would accept service on behalf of Defendant Lew Cramer; they responded they would not.

50. We have since learned that Mr. Cramer is presently serving as a Public Affairs missionary for the Church of Jesus Christ of Latter-Day Saints in London, England.

51. It is my understanding that the Church provides its volunteer missionaries with housing in residences owned by the Church, and that for various reasons, including the safety and security of the missionaries, information regarding the locations of these residences is not available in the public domain.

52. Consequently, Plaintiffs have been unable to ascertain Mr. Cramer's present residential address in the United Kingdom.

53. Although individual missionary residences are not publicly disclosed, the Church does publish the addresses of its Mission Offices.

54. We believe that Mr. Cramer may be working in the Church's Europe North Area Offices, located at A3 Glory Park Ave., Wooburn Green, High Wycombe HP10 0DF, UK.

55. I also understand that missionaries for the Church customarily communicate regularly with their families and friends back home using both traditional mail and their Church-provided email address.

56. It therefore appears highly probable that serving Mr. Cramer by mail to the Church's Europe North Area Offices and by email to his Church email address will effectively apprise him of the above-entitled action.

57. Additionally, current counsel for Defendants CIGI, Colliers USA, and Colliers Utah recently informed our office that they are representing Mr. Cramer in a separate but related matter. Thus, Mr. Cramer is almost certainly aware of the above-entitled action.

***Plaintiffs' Efforts to Serve Kevin Long's Entities***

58. Defendants KGL Advisors, LLC; KGL Real Estate Development, PLLC; Millcreek Commercial Properties, LLC; Millrock Investment Fund 1 Management, LLC; ADP-Millcreek 2, LLC; and ADP Millcreek-3, LLC (collectively, "Kevin Long's Entities") are entities of whom Defendant Kevin Long is the principal and/or registered agent. See Ex. 5 at 1-12.

59. To the best of our knowledge, Kevin is the only individual affiliated with these entities and is thus the only person who can receive personal service for them. *Id*.

60. In his personal capacity as a Defendant to this action, Kevin waived service of process and he is represented by counsel. *See* ECF Nos. 34, 68.

61. On April 30, 2025, around 6:00 PM, Plaintiffs' process server attempted to serve Kevin on behalf of his entities at his home, 149 N 980 E, Lindon, UT 84042. Kevin's wife answered the door and indicated he was not home but would return around 7:00 PM. The process server gave her their number and asked to have him call them to arrange a time to meet. Ex. 5 at 13-18.

62. The process server returned around 7:00 PM that evening, but Kevin's wife told him he would not, in fact, return home that night and was leaving town the following day and would not return until May 9. *Id*.

63. On May 12, 2025, around 6:00 PM, Plaintiffs' process server again attempted to serve Kevin at his home, and was again received by his wife. She again indicated that Kevin was not home but would return later, but did not know what time. *Id*.

64. The process server returned around 8:00 PM that evening, but no one answered the door. *Id*.

65. On May 14, 2025, around 5:30 PM, Plaintiffs' process server again attempted to serve Kevin at his home. No one answered the door. *Id*.

66. After these attempts failed, our office informed Kevin's counsel of the difficulties we encountered in attempting to serve Kevin personally on behalf of his entities and inquired as to whether they would waive service for them. Kevin's counsel indicated that they did not represent Kevin's entities and could not accept service on their behalf.

67. On July 23, 2025, Plaintiffs' process server again attempted to serve Kevin at his home. No one answered the door. *Id*. at 19-24.

68. On July 31, 2025, Plaintiffs' process server again attempted to serve Kevin at his home. No one answered the door. *Id*.

69. On August 11, 2025, Plaintiffs' process server again attempted to serve Kevin at his home twice. The first time, an unidentified attorney answered the door and indicated they could not accept service. The second time, that evening, no one answered the door. *Id*.

70. On August 12, 2025, Plaintiffs' process server again attempted to serve Kevin at his home. No one answered the door. *Id*.

71. It therefore appears that Kevin Long's Entities are evading service of process.

***Plaintiffs' Efforts to Serve Steve Caton***

72. Despite diligent efforts to locate Defendant Steve Caton, we were only able to find one address for him, which is a P.O. Box in Dexter, MO. This was likewise the only address we were able to find for his company, Defendant SARC Draper, LLC.

73. We are aware that Mr. Caton is represented by counsel in a separate but related matter. Our office sent requests to waive service with the required attachments for Mr. Caton and SARC Draper by certified mail on April 23, 2025, and again by email on June 2, 2025.

74. Mr. Caton's counsel declined to accept service, citing the fact that they are not licensed to practice in the State of Utah. They also declined to provide any assistance in locating Mr. Caton to effectuate personal service, indicating that they did not know his physical address.

75. Recently, Plaintiffs acquired a possible address via the work of a Private Investigator. Service is being accordingly attempted to this address.

76. Based on our communications with his counsel, it is highly probable that Mr. Caton is aware of the above-entitled action.

*I, Andrew Deiss, declare under penalty of perjury of the law of the State of Utah that the foregoing declaration is true and correct to the best of my knowledge, information, and belief.*

DATED this Thursday, January 22, 2026.

DEISS LAW PC

*/s/Andrew G. Deiss*
Andrew G. Deiss
*Attorney for Plaintiffs*

# EXHIBIT 1







**Robert Levenson**

Principal at Federal 1031 LLC helping with all your 1031 Exchange needs. - Swap 'til you drop!

Arlington, Virginia, United States · Contact Info

2K followers · 500+ connections

See your mutual connections

Join to view profile    Message

Federal 1031 LLC

American University Washington College of Law

Company Website

## About

1031 Exchange - Section 1031 of the Internal Revenue Code, which authorizes Tax Deferred Exchanges, is one of the most powerful sections in the Federal Tax Code. Section 1031 allows you to legally avoid/defer paying thousands of dollars in current Capital Gains Taxes when you sell one investment property and roll the proceeds into a replacement property. In order to take advantage of this statute, exchange documents must be in place before you close on the property you are selling and you need to use a Qualified Intermediary ("QI"), which is the role of Federal 1031 LLC.

We are Nationwide and Insured. We have closed 1031 Exchange transactions in 36 states, the Virgin Islands and abroad.

As a Qualified Intermediary, I've arranged more than three thousand 1031 exchange transactions, large and small, totaling about two billion ($2,000,000,000.00) dollars. As a result, Federal 1031 can be the part of your team reviewing the complex rules with you and taking care of Section 1031 Exchange document preparation. This frees you up to focus on other aspects of the transaction other than the 1031 exchange. I look forward to working with you. Please call with any questions.

Virginia Office:
4532 Cherry Hill Road, Suite 560
Arlington, VA 22207
(202) 494-2700 direct line
or e-mail
bobby [at] federal1031 [dot] com

Specialties: 1031 Exchange
1031 Exchanges
1031
exchanges
reverse 1031 exchange
construction 1031 exchange
build-to-suit 1031 exchange
Property, Investment Property, Real estate investing, financing, notes, mortgages, real estate tax law.

## Activity

+ Follow



**Thank you to Bisnow for the opportunity to speak at the Mid-...**
Liked by Robert Levenson

**I'll note again that it seems nuts that, despite every AI lab...**
Liked by Robert Levenson

**So I did this thing and bought an island in Nova Scotia someti...**
Liked by Robert Levenson



# EXHIBIT 2

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.      2:25-cv-00162-DBB-DPB

### PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for  **David Josker**
was recieved by me on  **7/25/2025:**

☐      I personally served the summons on the individual at *(place)*  on *(date)* ; or

☐      I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and
        discretion who resides there, on , and mailed a copy to the individual's last known address; or

☐      I served the summons on *(name of individual)* , who is designated by law to accept service of process on behalf of *(name
        of organization)*; or

☒       I returned the summons unexecuted because Other contact after attempting service at 6324 Canoga Ave, Woodland
        Hills, CA 91367; or

☐      Other *(specify)*


My fees are $ 0 for travel and $ 140.00 for services, for a total of $ 140.00.

I declare under penalty of perjury that this information is true.

Date:  07/29/2025

————————————————————
Server's signature

**Armen Sinanyan**
*Printed name and title*

**20608 SATICOY ST
canoga park, CA 91306**

————————————————————
Server's address

Additional information regarding attempted service, etc:

7/26/2025 4:53 PM: There was no answer at the address.
7/27/2025 7:44 PM: There was no answer at the address.
7/28/2025 9:11 AM: I spoke with an individual who identified themselves as the front desk and they stated subject
employed but not available at this time.  Came to the location front desk said not here and does not have a set hours
so they come and go and we're not available at this time.
7/29/2025 11:30 AM: I spoke with an individual who identified themselves as the security at the building where he is
located at and they stated subject employed but not available at this time.  He can location and business rang the bell
security or the secretary, comes to the door and says that he is not available unless I have an appointment. He will not
see anybody without an appointment so he at the location he refuses to accept documentation.

   
Tracking #: 0173885434

# EXHIBIT 3

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.    2:25-cv-00162-DBB-DBP

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for **Gil Borok**
was recieved by me on **7/25/2025**:

☐  I personally served the summons on the individual at *(place)*  on *(date)* ; or

☐  I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☐  I served the summons on *(name of individual)* , who is designated by law to accept service of process on behalf of *(name of organization)*; or

☒  I returned the summons unexecuted because **Unknown after attempting service at 6324 Canoga Ave, Woodland Hills, CA 91367**; or

☐  Other *(specify)*

My fees are $ 0 for travel and $ 0.00 for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date:  07/28/2025

Server's signature

**Armen Sinanyan**
*Printed name and title*

**20608 SATICOY ST
canoga park, CA 91306**

Server's address

Additional information regarding attempted service, etc:

7/26/2025 4:55 PM: There was no answer at the address.
7/27/2025 7:43 PM: There was no answer at the address.
7/28/2025 9:14 AM: I spoke with an individual who identified themselves as the front desk associate and they stated subject unknown.

Tracking # 0175528710

# EXHIBIT 4

## AFFIDAVIT OF ATTEMPTED SERVICE

I, Oğuzhan Tokaçogulları, Process Server of Lormit Legal Support Solutions (Toronto), in the Province of Ontario, in Canada, **AFFIRM AND SAY AS FOLLOWS:**

1. THAT I am an adult person and not a party to the action.

2. THAT this is my Affidavit of Attempted Service and that below are details of my attempt to personally serve **Matthew Hawkins**, an individual, with a true copy of the SUMMONS IN A CIVIL ACTION and COMPLAINT, originals being part of the court file, in this Action.

3. THAT I have personal knowledge of the matters and facts hereinafter deposed to except where stated to be based upon information and belief and where so stated do verily believe the same to be true.

4. THAT I did on Thursday the 31st day of July, 2025 at 11:37am, attempt to personally serve **Matthew Hawkins**, an individual with a true copy of the aforementioned documents by traveling to 4000 - 1140 Bay St., Toronto, Ontario M5S 2Z4 CANADA. I spoke with an adult female who identified herself as Joanne, Office Administrator. She informed me that **Matthew Hawkins**, was not there in the office at that time and while asking for other suitable times to re-attend, she refused to provide such information related to **Matthew Hawkins'** schedule.

5. THAT I did on Friday the 1st day of August, 2025 at 2:20pm, attempt to personally serve **Matthew Hawkins**, an individual with a true copy of the aforementioned documents by traveling to 4000 - 1140 Bay St., Toronto, Ontario M5S 2Z4 CANADA. The Security Guard informed me that no one was in the office, that it was empty and that no one woud be here Monday either.

6. THAT I did on Wednesday the 6th day of August, 2025 at 11:22am, attempt to personally serve **Matthew Hawkins**, an individual with a true copy of the aforementioned documents by traveling to 4000 - 1140 Bay St., Toronto, Ontario M5S 2Z4 CANADA. The Security Guard called up to Suite 4000 (Colliers International Group Inc) and spoke with Joanne, Office Administrator but she stated that **Matthew Hawkins** was not present and that she did not know when he would be coming in next.

7. THAT based upon the foregoing I believe that personal service upon the Defendant is impractical as we do not have any further contact information that will aid in the service of **Matthew Hawkins**, an individual.

8. THAT I make this Affidavit bona fide, in connection with the present litigation and for no other or improper purpose.

9. THAT to effect said attempts 18 kilometres were traveled.

**AFFIRMED BEFORE ME** at the )
City of Toronto, in the Province of Ontario, )
This ___18___ day of August, 2025. )
 )
 )
 )
 )
A Notary Public in and for the Province of Ontario )
**Bryan Carvalho** )
Barrister & Solicitor
905 College Street
Toronto, ON M6H 1A1

**Oğuzhan Tokaçogullari**
Lormit Legal Support Solutions (Toronto)
o/a: On The Dot Process Serving
200 - 5 Adrian Ave., Toronto, ON M8N 5G4
T: 416.503.2924   F: 416.534.1582
E: toronto@lormit.com
www.lormit.com

# EXHIBIT 5





















File Number: 11458827

## LLC

## Certificate of Organization
## OF
## ADP-Millcreek 1, LLC

The undersigned person(s) do hereby adopt the following Certificate of Organization for the purpose of forming a Utah Limited Liability Company.

### Article I

The name of the limited liability company is to be ADP-Millcreek 1, LLC

### Article II

The purpose or purposes for which the company is organized is to engage in:
We provide capital to build Single Tenant Net Leased commercial properties

The Company shall further have unlimited power to engage in or to perform any and all lawful acts pertaining to the management of any lawful business as well as to engage in and to do any lawful act concerning any and all lawful business for which a Limited Liability Company may be organized under the Utah Limited Liability Company Act and any amendments thereto.

### Article III

The Company shall continuously maintain an agent in the State of Utah for service of process who is an individual residing in said state. The name and address of the initial registered agent shall be:

(Registered Agent Name & Address)
MILLROCK INVESTMENT FUND 1, LLC
111 Main Suite 2200
Salt Lake City, UT, 84111



State of Utah
Department of Commerce
Division of Corporations & Commercial Code

This certifies that this registration has been filed and approved on 13, September 2019 in the office of the Division and hereby issues this Certification thereof.



JASON STERZER
Division Director

File Number: 11716658

**LLC**

**Certificate of Organization**
**OF**
**ADP-Millcreek 3, LLC**

The undersigned person(s) do hereby adopt the following Certificate of Organization
for the purpose of forming a Utah Limited Liability Company.

**Article I**
The name of the limited liability company is to be ADP-Millcreek 3, LLC

**Article II**
The purpose or purposes for which the company is organized is to engage in:
To finance the development in real estate

The Company shall further have unlimited power to engage in or to perform any
and all lawful acts pertaining to the management of any lawful business as well as to
engage in and to do any lawful act concerning any and all lawful business for which
a Limited Liability Company may be organized under the Utah Limited Liability
Company Act and any amendments thereto.

**Article III**
The Company shall continuously maintain an agent in the State of Utah for service of
process who is an individual residing in said state. The name and address of the initial
registered agent shall be:

(Registered Agent Name & Address)
MILLROCK INVESTMENT FUND 1, LLC
111 Main Suite 2200
Salt Lake City, UT, 84111



State of Utah
Department of Commerce
Division of Corporations & Commercial Code

This certifies that this registration has been filed and
approved on 31, March 2020 in the office of the Division
and hereby issues this Certification thereof.

JASON STERZER
Division Director

File Number: 11469275

**LLC**

**Certificate of Organization**
**OF**
**Millcreek Commercial Properties, LLC**

The undersigned person(s) do hereby adopt the following Certificate of Organization for the purpose of forming a Utah Limited Liability Company.

**Article I**

The name of the limited liability company is to be Millcreek Commercial Properties, LLC

**Article II**

The purpose or purposes for which the company is organized is to engage in: Provide marketing services to a commercial real estate investment fund.

The Company shall further have unlimited power to engage in or to perform any and all lawful acts pertaining to the management of any lawful business as well as to engage in and to do any lawful act concerning any and all lawful business for which a Limited Liability Company may be organized under the Utah Limited Liability Company Act and any amendments thereto.

**Article III**

The Company shall continuously maintain an agent in the State of Utah for service of process who is an individual residing in said state. The name and address of the initial registered agent shall be:

*(Registered Agent Name & Address)*
Brent Smith
2100 Pleasant Grove Blvd Suite 200
Pleasant Grove, UT, 84062



State of Utah
Department of Commerce
Division of Corporations & Commercial Code

This certifies that this registration has been filed and approved on 26, September 2019 in the office of the Division and hereby issues this Certification thereof.

JASON STERZER
Division Director



| Filed in the Office of | Filing Number |
| --- | --- |
| | 250207209420B |
| *Alan Wilson* | Filed On |
| | January 31, 2025 |
| Director, Division of Corporations and Commercial Code | Entity ID |
| | 11469275-0160 |
| | Number of Pages |
| Filed in the State of Utah | 1 |

## State of Utah
### Department of Commerce
### Division of Corporations and Commercial Code

**Domestic Limited Liability Company - Amendment to Certificate of Organization**

### ENTITY INFORMATION

**Entity Name:** MILLCREEK COMMERCIAL PROPERTIES, LLC
**Entity Number:** 11469275-0160
**Effective Date:** January 31, 2025
**Effective Time:** 08:02 PM

### BUSINESS DETAILS

**Initial Filing Date:** September 26, 2019

**Duration Date:** Perpetual

**PRINCIPAL OFFICE INFORMATION:**
**Principal Office Address:** 1333 Valley Grove Way, Suite 275, PLEASANT GROVE, UT 84062
**Mailing Address:** 1333 Valley Grove Way, Suite 275, PLEASANT GROVE, UT 84062

**REGISTERED AGENT**
**Agent Type:** Individual
**Name:** Kevin Long
**Address:** 1333 VALLEY GROVE WAY, SUITE 275, PLEASANT GROVE, UT 84062

**ACTIVE PRINCIPAL INFORMATION**
**Title:** Manager
**Name:** KGL REAL ESTATE DEVELOPMENT PLLC
**Address:** 149 N 980 E, Lindon, UT 84042

**INACTIVE PRINCIPAL INFORMATION**
**Title:** Member
**Name:** GTR HOLDINGS, LLC
**Address:** 5047 W Burntside Ave, South Jordan, UT 84009



**State of Utah**
DEPARTMENT OF COMMERCE
Division of Corporations & Commercial Code

## *Summary of Online Changes*



Business Name: ADP-MILLCREEK 3, LLC

Entity number: 11716658-0160

Date of Filing: 02/11/2021

Registered Principals:
New Information (added or updated)
**Name** .......................... MILLROCK INVESTMENT FUND 1, LLC
**Position** ...................... Registered Agent
**Address** ......................2100 Pleasant Grove Blvd Suite 200
                                 Pleasant Grove, UT 84062 United States
Old Information (removed or updated)
**Name** .......................... MILLROCK INVESTMENT FUND 1, LLC
**Position** ...................... Registered Agent
**Address** ......................111 Main
                                 Suite 2200
                                 Salt Lake City, UT 84111
New Information (added or updated)
**Name** .......................... MILLROCK INVESTMENT FUND 1, LLC
**Position** ...................... Member
**Address** ......................2100 Pleasant Grove Blvd Suite 200
                                 Pleasant Grove, UT 84062 United States
Old Information (removed or updated)
**Name** .......................... MILLROCK INVESTMENT FUND 1, LLC
**Position** ...................... Member
**Address** ......................111 Main
                                 Suite 2200
                                 Salt Lake City, UT 84111

*This form cannot be hand written.*

State of Utah
Department of Commerce
Division of Corporations & Commercial Code
**Letter of Resignation**

AUG 13 '24 10:21 AM

In accordance with Utah Statute, I **Long Holdings LLC/Jerald Long** hereby resign from the office

of **Member** [ ], effective **01/01/2024** and have notified the

Position Held         Date of Resignation

following business entity listed below:

Business Name: **Millcreek Commercial Properties LLC**

Business Address:
**1064 S N County Blvd Suite 350, Pleasant Grove, UT 84062**

Address         City         State     Zip

Business Entity Number issued by the Division of Corporations and Commercial Code below:
**11469275-0160**

Signature of Person resigning: _Jeld Long_

I would also like to resign from the following positions:

Other Positions: Select from the list below

Other Positions: Select from the list below

Other Positions: Select from the list below

Under GRAMA (63G-2-201), all registration information maintained by the Division is classified as public record. For confidentiality purposes, you may use the business entity physical address rather than the residential or private address of any individual affiliated with the entity.

Mailing/Faxing Information: www.corporations.utah.gov/contactus.html  Division's Website:  www.corporations.utah.gov

State of Utah
Department of Commerce
Division of Corporations and Commercial Code
I hereby certified that the foregoing has been filed
and approved on the __13__ day of __Aug__, 20__24__
in this office of this Division and hereby issued
This Certificate thereof

Examiner _ALA_  Date _8/10/24_

_Adam Watson_
Adam Watson
Division Director

10/18

*This form cannot be hand written.*

**State of Utah**
**Department of Commerce**
**Division of Corporations & Commercial Code**
**Statement of Dissolution**

Limited Liability Company Name: Milcreek Commercial Properties, LLC

Entity Number: 11469275-0160

The dissolution of above named limited liability company will become effective:

[✓] upon filing with the Division of Corporations and Commercial Code.

[ ] on the future effective date of (MM-DD-YYYY) _____

The dissolution shall be signed by a person authorized by the LLC.

**If the LLC has no member(s) or manager(s)**, the dissolution shall be signed by:

[✓] Person winding up the LLC's activities and affairs under Subsection 48-3a-703(3).

Under penalties of perjury, I declare that this Statement of Dissolution has been examined by me and is, to the best of my knowledge and belief, true, correct and complete.

By: _____

Name: Kevin G. Long

Date: 01/23/2026

**Additional filing requirements:**
If the filer requests a copy of the Statement of Dissolution an additional exact copy of the filed document along with a return-addressed envelope with adequate first-class postage must also be submitted.

Under GRAMA (63G-2-201), all registration information maintained by the Division is classified as public record. For confidentiality purposes, you may use the business entity physical address rather than the residential or private address of any individual affiliated with the entity.

08/23

# RETURN OF SERVICE
# NON-SERVE - DUE DILIGENCE

UNITED STATES DISTRICT COURT, DISTRICT OF UTAH

**JOHN WEBER ET AL**,
PLAINTIFF
*VS*

For:
Deiss Law
10 W 100 S Ste 700
Salt Lake City UT 84101

**COLLIERS INTERNATIONAL GROUP INC ET AL** ,
DEFENDANT.

Case Number: **2:25-ccv-00162**

I, **Bill Tuttle,** state:

On **05/14/2025** at **5:34 PM**, I *failed* to serve the following: **Summons in a Civil Action, First Amended Complaint Jury Demand , Exhibit(s) at 149 N 980 E, LINDON, UT 84042** for **ADP-MILLCREEK 2 LLC** because after the attempts listed below, I was unable to serve the documents.

I declare under criminal penalty of the State of Utah that I am over the age of 18, have no interest in the above action, and that the foregoing is true and correct. Executed on the date above.

**Comments:**
Due Diligence

04/30/2025 05:56:55 PM 149 N 980 E, Lindon, UT 84042 Talk to his wife said he'll be home around 7. Gave her my number and ask her to have him give me a call so we can meet
04/30/2025 06:58:39 PM 149 N 980 E, Lindon, UT 84042 Came back to the house at 7. Wife felt bad she is meeting him at the place so he won't be home said going out of town 5/1-5/9
05/12/2025 06:01:28 PM 149 N 980 E, Lindon, UT 84042 Talk to wife said he will be home later. Not sure what time I'll stop back by.
05/12/2025 07:58:52 PM 149 N 980 E, Lindon, UT 84042 NALS
05/14/2025 05:34:12 PM 149 N 980 E, Lindon, UT 84042 Nals

X _____
**Bill Tuttle    05/15/2025**

Job #: 2501791
Service Fee: $89.28

Wasatch Constables, 5525 S 900 E STE 110, MURRAY, UT 84117-3512

# RETURN OF SERVICE
# NON-SERVE - DUE DILIGENCE

UNITED STATES DISTRICT COURT, DISTRICT OF UTAH

**JOHN WEBER ET AL**,
PLAINTIFF

For:
Deiss Law
10 W 100 S Ste 700
Salt Lake City UT 84101

*VS*

**COLLIERS INTERNATIONAL GROUP INC ET AL** ,
DEFENDANT.

Case Number: **2:25-ccv-00162**

I, **Bill Tuttle,** state:

On **05/14/2025** at **5:34 PM**, I *failed* to serve the following: **Summons in a Civil Action, First Amended Complaint Jury Demand , Exhibit(s) at 149 N 980 E, LINDON, UT 84042** for **ADP-MILLCREEK 3 LLC** because after the attempts listed below, I was unable to serve the documents.

I declare under criminal penalty of the State of Utah that I am over the age of 18, have no interest in the above action, and that the foregoing is true and correct. Executed on the date above.

**Comments:**
Due Diligence

04/30/2025 05:56:55 PM 149 N 980 E, Lindon, UT 84042 Talk to his wife said he'll be home around 7. Gave her my number and ask her to have him give me a call so we can meet
04/30/2025 06:58:39 PM 149 N 980 E, Lindon, UT 84042 Came back to the house at 7. Wife felt bad she is meeting him at the place so he won't be home said going out of town 5/1-5/9
05/12/2025 06:01:28 PM 149 N 980 E, Lindon, UT 84042 Talk to wife said he will be home later. Not sure what time I'll stop back by.
05/12/2025 07:58:52 PM 149 N 980 E, Lindon, UT 84042 NALS
05/14/2025 05:34:12 PM 149 N 980 E, Lindon, UT 84042 Nals

X _____
**Bill Tuttle    05/15/2025**

Job #: 2501792
Service Fee: $45.28



Wasatch Constables, 5525 S 900 E STE 110, MURRAY, UT 84117-3512

# RETURN OF SERVICE
# NON-SERVE - DUE DILIGENCE

United States District Court, District Of Utah

**JOHN WEBER ET AL**,
PLAINTIFF

*VS*

For:
Deiss Law
10 W 100 S Ste 700
Salt Lake City UT 84101

**COLLIERS INTERNATIONAL GROUP INC ET AL** ,
DEFENDANT.

Case Number: **2:25-ccv-00162**

I, **Bill Tuttle,** state:

On **05/14/2025** at **5:34 PM**, I *failed* to serve the following: **Summons in a Civil Action, First Amended Complaint Jury Demand , Exhibit(s) at 149 N 980 E, LINDON, UT 84042** for **KGL ADVISORS LLC** because after the attempts listed below, I was unable to serve the documents.

I declare under criminal penalty of the State of Utah that I am over the age of 18, have no interest in the above action, and that the foregoing is true and correct. Executed on the date above.

**Comments:**
Due Diligence

04/30/2025 05:56:55 PM 149 N 980 E, Lindon, UT 84042 Talk to his wife said he'll be home around 7. Gave her my number and ask her to have him give me a call so we can meet
04/30/2025 06:58:39 PM 149 N 980 E, Lindon, UT 84042 Came back to the house at 7. Wife felt bad she is meeting him at the place so he won't be home said going out of town 5/1-5/9
05/12/2025 06:01:28 PM 149 N 980 E, Lindon, UT 84042 Talk to wife said he will be home later. Not sure what time I'll stop back by.
05/12/2025 07:58:52 PM 149 N 980 E, Lindon, UT 84042 NALS
05/14/2025 05:34:12 PM 149 N 980 E, Lindon, UT 84042 Nals

X _____
**Bill Tuttle    05/15/2025**

Job #: 2501795
Service Fee: $45.28



Wasatch Constables, 5525 S 900 E STE 110, MURRAY, UT 84117-3512

# RETURN OF SERVICE
# NON-SERVE - DUE DILIGENCE

UNITED STATES DISTRICT COURT, DISTRICT OF UTAH

**JOHN WEBER ET AL**,
PLAINTIFF

*VS*

For:
Deiss Law
10 W 100 S Ste 700
Salt Lake City UT 84101

**COLLIERS INTERNATIONAL GROUP INC ET AL** ,
DEFENDANT.

Case Number: **2:25-ccv-00162**

I, **Bill Tuttle,** state:

On **05/14/2025** at **5:34 PM**, I *failed* to serve the following: **Summons in a Civil Action, First Amended Complaint Jury Demand , Exhibit(s) at 149 N 980 E, LINDON, UT 84042** for KGL REAL ESTATE DEVELOPMENT PLLC because after the attempts listed below, I was unable to serve the documents.

I declare under criminal penalty of the State of Utah that I am over the age of 18, have no interest in the above action, and that the foregoing is true and correct. Executed on the date above.

**Comments:**
Due Diligence

04/30/2025 05:56:55 PM 149 N 980 E, Lindon, UT 84042 Talk to his wife said he'll be home around 7. Gave her my number and ask her to have him give me a call so we can meet
04/30/2025 06:58:39 PM 149 N 980 E, Lindon, UT 84042 Came back to the house at 7. Wife felt bad she is meeting him at the place so he won't be home said going out of town 5/1-5/9
05/12/2025 06:01:28 PM 149 N 980 E, Lindon, UT 84042 Talk to wife said he will be home later. Not sure what time I'll stop back by.
05/12/2025 07:58:52 PM 149 N 980 E, Lindon, UT 84042 NALS
05/14/2025 05:34:12 PM 149 N 980 E, Lindon, UT 84042 Nals

X _____
**Bill Tuttle    05/15/2025**

Job #: 2501796
Service Fee: $45.28



Wasatch Constables, 5525 S 900 E STE 110, MURRAY, UT 84117-3512

# RETURN OF SERVICE
# NON-SERVE - DUE DILIGENCE

UNITED STATES DISTRICT COURT, DISTRICT OF UTAH

**JOHN WEBER ET AL**,
PLAINTIFF

For:
Deiss Law
10 W 100 S Ste 700
Salt Lake City UT 84101

*VS*

**COLLIERS INTERNATIONAL GROUP INC ET AL** ,
DEFENDANT.

Case Number: **2:25-ccv-00162**

I, **Bill Tuttle,** state:

On **05/14/2025** at **5:34 PM**, I *failed* to serve the following: **Summons in a Civil Action, First Amended Complaint Jury Demand , Exhibit(s) at 149 N 980 E, LINDON, UT 84042** for **MILLCREEK COMMERCIAL PROPERTIES LLC** because after the attempts listed below, I was unable to serve the documents.

I declare under criminal penalty of the State of Utah that I am over the age of 18, have no interest in the above action, and that the foregoing is true and correct. Executed on the date above.

**Comments:**
Due Diligence

04/30/2025 05:56:55 PM 149 N 980 E, Lindon, UT 84042 Talk to his wife said he'll be home around 7. Gave her my number and ask her to have him give me a call so we can meet
04/30/2025 06:58:39 PM 149 N 980 E, Lindon, UT 84042 Came back to the house at 7. Wife felt bad she is meeting him at the place so he won't be home said going out of town 5/1-5/9
05/12/2025 06:01:28 PM 149 N 980 E, Lindon, UT 84042 Talk to wife said he will be home later. Not sure what time I'll stop back by.
05/12/2025 07:58:52 PM 149 N 980 E, Lindon, UT 84042 NALS
05/14/2025 05:34:12 PM 149 N 980 E, Lindon, UT 84042 Nals

X_____
**Bill Tuttle**    05/15/2025

Job #: 2501798
Service Fee: $45.28

Wasatch Constables, 5525 S 900 E STE 110, MURRAY, UT 84117-3512

# RETURN OF SERVICE
# NON-SERVE - DUE DILIGENCE

UNITED STATES DISTRICT COURT, DISTRICT OF UTAH

|  |  |
|---|---|
| For:<br>Deiss Law<br>10 W 100 S Ste 700<br>Salt Lake City UT 84101 | **JOHN WEBER ET AL**,<br>PLAINTIFF<br><br>*VS*<br><br>**COLLIERS INTERNATIONAL GROUP INC ET AL** ,<br>DEFENDANT.<br><br>Case Number: **2:25-ccv-00162** |

I, **Bill Tuttle,** state:

On **05/14/2025** at **5:34 PM**, I *failed* to serve the following: **Summons in a Civil Action, First Amended Complaint Jury Demand , Exhibit(s) at 149 N 980 E, LINDON, UT 84042** for **MILLROCK INVESTMENT FUND 1 MANAGEMENT LLC** because after the attempts listed below, I was unable to serve the documents.

I declare under criminal penalty of the State of Utah that I am over the age of 18, have no interest in the above action, and that the foregoing is true and correct. Executed on the date above.

**Comments:**
Due Diligence

04/30/2025 05:56:55 PM 149 N 980 E, Lindon, UT 84042 Talk to his wife said he'll be home around 7. Gave her my number and ask her to have him give me a call so we can meet
04/30/2025 06:58:39 PM 149 N 980 E, Lindon, UT 84042 Came back to the house at 7. Wife felt bad she is meeting him at the place so he won't be home said going out of town 5/1-5/9
05/12/2025 06:01:28 PM 149 N 980 E, Lindon, UT 84042 Talk to wife said he will be home later. Not sure what time I'll stop back by.
05/12/2025 07:58:52 PM 149 N 980 E, Lindon, UT 84042 NALS
05/14/2025 05:34:12 PM 149 N 980 E, Lindon, UT 84042 Nals

X _____
**Bill Tuttle    05/15/2025**

Job #: 2501799
Service Fee: $45.28

Wasatch Constables, 5525 S 900 E STE 110, MURRAY, UT 84117-3512

# RETURN OF SERVICE
# NON-SERVE - DUE DILIGENCE

UNITED STATES DISTRICT COURT, DISTRICT OF UTAH

For:
Andrew Vanderwood
Deiss Law
10 W 100 S Ste 700
Salt Lake City UT 84101

**JOHN WEBER ET AL,**
PLAINTIFF
*VS*
**COLLIERS INTERNATIONAL GROUP INC ET AL ,**
DEFENDANT.

Case Number: **2:25-ccv-00162**

I, **Zach Lemon ,** state:

On **08/12/2025** at **11:10 AM**, I *failed* to serve the following: **Summons in a Civil Action, First Amended Complaint Jury Demand , Exhibit(s) at 149 N 980 E, LINDON, UT 84042** for **KGL REAL ESTATE DEVELOPMENT PLLC** because after the attempts listed below, I was unable to serve the documents.

I declare under criminal penalty of the State of Utah that I am over the age of 18, have no interest in the above action, am a Salt Lake County Constable, and that the foregoing is true and correct. Executed on the date listed above.

**Comments:**
Due Diligence

07/23/2025 08:34:31 PM 149 N 980 E, Lindon, UT 84042 NALS
07/31/2025 08:54:07 PM 149 N 980 E, Lindon, UT 84042 NALS
08/11/2025 11:16:23 AM 149 N 980 E, Lindon, UT 84042 Spoke with Attorney. He cannot accept them.
08/11/2025 04:40:02 PM 149 N 980 E, Lindon, UT 84042 NALS
08/12/2025 11:10:47 AM 149 N 980 E, Lindon, UT 84042  NALS

X_____
**Zach Lemon     08/15/2025**



Job #: 2503131
Service Fee: $45.16

Wasatch Constables, 5525 S 900 E STE 110, MURRAY, UT 84117-3512

# RETURN OF SERVICE
# NON-SERVE - DUE DILIGENCE

UNITED STATES DISTRICT COURT, DISTRICT OF UTAH

For:
Andrew Vanderwood
Deiss Law
10 W 100 S Ste 700
Salt Lake City UT 84101

**JOHN WEBER ET AL**,
PLAINTIFF
*VS*
**COLLIERS INTERNATIONAL GROUP INC ET AL** ,
DEFENDANT.

Case Number: **2:25-ccv-00162**

I, **Zach Lemon ,** state:

On **08/12/2025** at **11:10 AM**, I *failed* to serve the following: **Summons in a Civil Action, First Amended Complaint Jury Demand , Exhibit(s) at 149 N 980 E, LINDON, UT 84042** for **MILLCREEK COMMERCIAL PROPERTIES LLC** because after the attempts listed below, I was unable to serve the documents.

I declare under criminal penalty of the State of Utah that I am  over the age of 18, have no interest in the above action, am a Salt Lake County Constable, and that the foregoing is true and correct. Executed on the date listed above.

**Comments:**
Due Diligence

07/23/2025 08:34:31 PM 149 N 980 E, Lindon, UT 84042 NALS
07/31/2025 08:54:07 PM 149 N 980 E, Lindon, UT 84042 NALS
08/11/2025 11:16:23 AM 149 N 980 E, Lindon, UT 84042 Spoke with Attorney. He cannot accept them.
08/11/2025 04:40:02 PM 149 N 980 E, Lindon, UT 84042 NALS
08/12/2025 11:10:47 AM 149 N 980 E, Lindon, UT 84042  NALS

X_____
**Zach Lemon    08/15/2025**

Job #: 2503133
Service Fee: $45.16



Wasatch Constables, 5525 S 900 E STE 110, MURRAY, UT 84117-3512

# RETURN OF SERVICE
## NON-SERVE - DUE DILIGENCE

United States District Court, District Of Utah

For:
Andrew Vanderwood
Deiss Law
10 W 100 S Ste 700
Salt Lake City UT 84101

**JOHN WEBER ET AL**,
PLAINTIFF
*VS*
**COLLIERS INTERNATIONAL GROUP INC ET
AL ,**
DEFENDANT.

Case Number: **2:25-ccv-00162**

I, **Zach Lemon ,** state:

On **08/12/2025** at **11:10 AM**, I *failed* to serve the following: **Summons in a Civil Action, First Amended Complaint Jury Demand , Exhibit(s) at 149 N 980 E, LINDON, UT 84042** for **MILLROCK INVESTMENT FUND 1 MANAGEMENT LLC** because after the attempts listed below, I was unable to serve the documents.

I declare under criminal penalty of the State of Utah that I am over the age of 18, have no interest in the above action, am a Salt Lake County Constable, and that the foregoing is true and correct. Executed on the date listed above.

**Comments:**
Due Diligence

07/23/2025 08:34:31 PM 149 N 980 E, Lindon, UT 84042 NALS
07/31/2025 08:54:07 PM 149 N 980 E, Lindon, UT 84042 NALS
08/11/2025 11:16:23 AM 149 N 980 E, Lindon, UT 84042 Spoke with Attorney. He cannot accept them.
08/11/2025 04:40:02 PM 149 N 980 E, Lindon, UT 84042 NALS
08/12/2025 11:10:47 AM 149 N 980 E, Lindon, UT 84042 NALS

X_____
**Zach Lemon    08/15/2025**

Job #: 2503134
Service Fee: $45.16



Wasatch Constables, 5525 S 900 E STE 110, MURRAY, UT 84117-3512

# RETURN OF SERVICE
# NON-SERVE - DUE DILIGENCE

UNITED STATES DISTRICT COURT, DISTRICT OF UTAH

For:
Andrew Vanderwood
Deiss Law
10 W 100 S Ste 700
Salt Lake City UT 84101

**JOHN WEBER ET AL**,
PLAINTIFF

*VS*

**COLLIERS INTERNATIONAL GROUP INC ET AL** ,
DEFENDANT.

Case Number: **2:25-ccv-00162**

I, **Zach Lemon ,** state:

On **08/12/2025** at **11:10 AM**, I *failed* to serve the following: **Summons in a Civil Action, First Amended Complaint Jury Demand , Exhibit(s) at 149 N 980 E, LINDON, UT 84042** for **ADP-MILLCREEK 2 LLC** because after the attempts listed below, I was unable to serve the documents.

I declare under criminal penalty of the State of Utah that I am  over the age of 18, have no interest in the above action, am a Salt Lake County Constable, and that the foregoing is true and correct. Executed on the date listed above.

**Comments:**
Due Dilligence

07/23/2025 08:34:31 PM 149 N 980 E, Lindon, UT 84042 NALS
07/31/2025 08:54:07 PM 149 N 980 E, Lindon, UT 84042 NALS
08/11/2025 11:16:23 AM 149 N 980 E, Lindon, UT 84042 Spoke with Attorney. He cannot accept them.
08/11/2025 04:40:02 PM 149 N 980 E, Lindon, UT 84042 NALS
08/12/2025 11:10:47 AM 149 N 980 E, Lindon, UT 84042  NALS

X_____
**Zach Lemon     08/15/2025**

Job #: 2503135
Service Fee: $45.16



Wasatch Constables, 5525 S 900 E STE 110, MURRAY, UT 84117-3512

# RETURN OF SERVICE
# NON-SERVE - DUE DILIGENCE

UNITED STATES DISTRICT COURT, DISTRICT OF UTAH

For:
Andrew Vanderwood
Deiss Law
10 W 100 S Ste 700
Salt Lake City UT 84101

**JOHN WEBER ET AL**,
PLAINTIFF

*VS*

**COLLIERS INTERNATIONAL GROUP INC ET AL** ,
DEFENDANT.

Case Number: **2:25-ccv-00162**

I, **Zach Lemon** , state:

On **08/12/2025** at **11:10 AM**, I *failed* to serve the following: **Summons in a Civil Action, First Amended Complaint Jury Demand , Exhibit(s) at 149 N 980 E, LINDON, UT 84042** for **ADP-MILLCREEK 3 LLC** because after the attempts listed below, I was unable to serve the documents.

I declare under criminal penalty of the State of Utah that I am  over the age of 18, have no interest in the above action, am a Salt Lake County Constable, and that the foregoing is true and correct. Executed on the date listed above.

**Comments:**
Due Diligence

07/23/2025 08:34:31 PM 149 N 980 E, Lindon, UT 84042 NALS
07/31/2025 08:54:07 PM 149 N 980 E, Lindon, UT 84042 NALS
08/11/2025 11:16:23 AM 149 N 980 E, Lindon, UT 84042 Spoke with Attorney. He cannot accept them.
08/11/2025 04:40:02 PM 149 N 980 E, Lindon, UT 84042 NALS
08/12/2025 11:10:47 AM 149 N 980 E, Lindon, UT 84042  NALS

X_____
**Zach Lemon**      **08/15/2025**

Job #: 2503136
Service Fee: $45.16



Wasatch Constables, 5525 S 900 E STE 110, MURRAY, UT 84117-3512

# RETURN OF SERVICE
# NON-SERVE - DUE DILIGENCE

UNITED STATES DISTRICT COURT, DISTRICT OF UTAH

For:
Andrew Vanderwood
Deiss Law
10 W 100 S Ste 700
Salt Lake City UT 84101

**JOHN WEBER ET AL**,
PLAINTIFF
*VS*
**COLLIERS INTERNATIONAL GROUP INC ET AL** ,
DEFENDANT.

Case Number: **2:25-ccv-00162**

I, **Zach Lemon** , state:

On **08/12/2025** at **11:10 AM**, I *failed* to serve the following: **Summons in a Civil Action, First Amended Complaint Jury Demand , Exhibit(s) at 149 N 980 E, LINDON, UT 84042** for **KGL ADVISORS LLC** because after the attempts listed below, I was unable to serve the documents.

**Comments:**
Due Diligence

07/23/2025 08:34:31 PM 149 N 980 E, Lindon, UT 84042 NALS
07/31/2025 08:54:07 PM 149 N 980 E, Lindon, UT 84042 NALS
08/11/2025 11:16:23 AM 149 N 980 E, Lindon, UT 84042 Spoke with Attorney. He cannot accept them.
08/11/2025 04:40:02 PM 149 N 980 E, Lindon, UT 84042 NALS
08/12/2025 11:10:47 AM 149 N 980 E, Lindon, UT 84042  NALS

I declare under criminal penalty of the State of Utah that I am  over the age of 18, have no interest in the above action, am a Salt Lake County Constable, and that the foregoing is true and correct. Executed on the date listed above.

X_____
**Zach Lemon**      08/15/2025



Job #: 2503130
Service Fee: $149.16

Wasatch Constables, 5525 S 900 E STE 110, MURRAY, UT 84117-3512