Andrew G. Deiss (Utah Bar # 7184)
Corey D. Riley (Utah Bar # 16935)
Deiss Law PC
10 West 100 South, Suite 700
Salt Lake City, UT 84101
Telephone: (801) 433-0226
deiss@deisslaw.com
criley@deisslaw.com

*Attorneys for Plaintiffs*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH

| | |
|---|---|
| JOHN WEBER, et al.;<br><br>    *Plaintiffs,*<br><br>v.<br><br>COLLIERS INTERNATIONAL GROUP, INC., et al.;<br><br>    *Defendants.* | **ORDER GRANTING MOTION FOR ALTERNATE SERVICE AND ADDITIONAL TIME TO SERVE**<br><br>Case No. 2:25-cv-00162-DB-DBP<br><br>Judge David Barlow<br><br>Chief Magistrate Judge Dustin B. Pead |

Having considered Plaintiffs' Motion for Alternative Service and Additional Time to Serve, and for good cause shown, the Court hereby ORDERS as follows:

1. Plaintiffs' Motion for Alternative Service and Additional Time to Serve is GRANTED.

2. Defendants Robert M. Levenson and Blackacre 1031 Exchange Services, LLC may be served with process via:

    a. email to robert@blackacre1031.com and bobby@federal1031.com; and

    b. first-class mail to a UPS Store mailbox known to be used by Mr. Levenson.

3. Defendant David Josker may be served with process via:

    a. Email to david.josker@colliers.com;

1

  b. First-class mail to Mr. Josker's known work address at 6324 Canoga Ave., Ste. 100, Woodland Hills, CA 91367; and

  c. Email to counsel of record for Mr. Josker's employer and co-Defendant Colliers International Holdings (USA), Inc., at douglas.smith@lewisbrisbois.com, bill.helfand@lewisbrisbois.com, and andrew.welch@lewisbrisbois.com.

4. Defendant Gil Borok may be served with process via:

  a. Email to gil.borok@colliers.com;

  b. First-class mail to Mr. Borok's last known work address at 6324 Canoga Ave., Ste. 100, Woodland Hills, CA 91367; and

  c. Email to counsel of record for Mr. Josker's employer and co-Defendant Colliers International Holdings (USA), Inc., at douglas.smith@lewisbrisbois.com, bill.helfand@lewisbrisbois.com, and andrew.welch@lewisbrisbois.com.

5. Defendant Matthew Hawkins may be served with process via:

  a. Email to matthew.hawkins@colliers.com;

  b. First-class international mail to Mr. Hawkins' known work address, at 4000 – 1140 bay St., Toronto, ON M5S 2Z4 Canada; and

  c. Email to counsel of record for Mr. Hawkins' employer and co-Defendant Colliers International Group, Inc., at douglas.smith@lewisbrisbois.com, bill.helfand@lewisbrisbois.com, and andrew.welch@lewisbrisbois.com.

6. Defendant Lew Cramer may be served with process via:

  a. email to lew.cramer@missionary.org and lew.cramer@churchofjesuschrist.org;

    b. first-class mail to the Church of Jesus Christ of Latter-Day Saints' Europe North Area Offices in the United Kingdom, located at A3 Glory Park Ave., Wooburn Green, High Wycombe HP 10 0DF, UK; and

    c. email his counsel of record in a separate but related action, at douglas.smith@lewisbrisbois.com, bill.helfand@lewisbrisbois.com, and andrew.welch@lewisbrisbois.com.

7. Defendants Millcreek Commercial Properties, LLC; Millrock Investment Fund Management, LLC; KGL Advisors, LLC; KGL Real Estate Development, PLLC; ADP-Millcreek 2, LLC; and ADP-Millcreek 3, LLC may be served with process via:

    a. Email to kevin@millcreekcommercial.com and contact@kgladvisors.com;

    b. First-class mail to Kevin Long's residential address, at 149 N 980 E, Lindon, UT 84042; and

    c. Email to Kevin's counsel of record in the present action and several separate but related actions, at btolk@parrbrown.com, rburge@parrbrown.com, twelch@parrbrown.com, and cwilde@parrbrown.com.

8. Defendant Steve Caton may be served with process via:

    a. Email to steve@catoncommercial.com;

    b. First- class mail to four residential addresses believed to be used by him: (1) 545 N McClurg Ct., Unit 4210, Chicago, IL 60611; (2) 2625 Vermillion Ct., Naperville, IL 60565; (3) 13324 Round Barn Rd., Plainfield, IL 60585; and (4) 23917 W Robert Ave., Plainfield, IL 60544;

    c. First-class mail to his known place of business, at 1296 Rickert Dr., Ste. 200, Naperville, IL 60540; and

    d. Email to his known counsel of record in a separate but related action, at [ree@carmodymacdonald.com](mailto:ree@carmodymacdonald.com), [nrw@carmodymacdonald.com](mailto:nrw@carmodymacdonald.com), and [jjz@carmodymacdonald.com](mailto:jjz@carmodymacdonald.com).

9. Receipt of all instances of alternative service via email (including email to counsel) must be confirmed via a third-party email verification service, such as RPost.

10. All instances of alternative serve via first-class mail must be confirmed by a mailing receipt.

11. Plaintiffs must file proof of service on the Unserved Defendants as required by Fed. R. Civ. P. 4(l).

12. Plaintiffs must serve all Defendants within two months from the date of this Order being granted.

IT IS SO ORDERED.

DATED this ___ day of _____, 2026.


BY THE COURT:

_____