# THE UNITED STATES DISTRICT COURT
# DISTRICT OF UTAH

| | |
|---|---|
| JOHN WEBER, et al.<br><br>Plaintiffs,<br><br>v.<br><br>COLLIERS INTERNATIONAL GROUP, INC., et al.,<br><br>Defendants. | **ORDER GRANTING JOINT STIPULATED MOTION FOR EXTENSION OF TIME FOR DEFENDANT JERALD ADAM LONG TO FILE REPLY IN SUPPORT OF MOTION TO DISMISS**<br><br>Case No. 2:25-cv-00162-DBB-DBP<br><br>Judge David Barlow<br><br>Magistrate Judge Dustin B. Pead |

THE COURT, having considered the Joint Stipulated Motion for Extension of Time for Defendant Jerald Adam Long to File Reply in Support of Motion to Dismiss (the "Motion"), and finding good cause therefore:

IT IS HEREBY ORDERED that the Motion is GRANTED. Mr. Long may have up until and including Friday, March 6, 2026, to file a reply in support of his Motion to Dismiss Plaintiffs' Second Amended Complaint.

DATED this 13 February 2026.

_____
Dustin B. Pead
United States Magistrate Judge

**Approved as to Form and Content:**

**D**EISS **L**AW **PC**

<u>*/s/ Corey Drew Riley*</u>
Corey Drew Riley
Andrew G. Deiss

*Attorneys for Plaintiffs*

(*signed electronically, with permission)