THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

| | |
|---|---|
| JOHN WEBER; GAYLE WEBER; CLUB FITNESS, INC.; PETER ROSS WEBER; YOLANDA ALTAGRACIA COSME DE WEBER; COMPOSTELA LIMITED, LLC; DAVID ELTON; ALYCE WEBER; JAMES BLAISDELL; BRYSON OCKEY; KRISTINE OCKEY; CLAUDIA GRIFFIN; ERIC STAMM; THE BETTY L. GRIFFIN 1999 REVOCABLE TRUST, <br><br>Plaintiffs, <br><br>v. <br><br>COLLIERS INTERNATIONAL GROUP, INC.; COLLIERS INTERNATIONAL HOLDINGS (USA), INC.; COLLIERS INTERNATIONAL INTERMOUNTAIN, LLC; KEVIN LONG; MILLCREEK COMMERCIAL PROPERTIES, LLC; MILLROCK INVESTMENT FUND 1, LLC; MILLROCK INVESTMENT FUND 1 MANAGEMENT, LLC; BLAKE MCDOUGAL; SPENCER TAYLOR; SPENCER STRONG; BRENT SMITH; MARK MACHLIS; GREEN IVY REALTY, INC.; 13 INVESTMENTS, LLC; LADY MIRA BLUE MACHLIS; THOMAS SMITH; LEW CRAMER; MATTHEW HAWKINS; GIL BOROK; DAVID JOSKER; JERALD ADAM LONG; KGL REAL ESTATE DEVELOPMENT, PLLC; SMART COVE, LLC; GTR HOLDINGS, LLC; LONG HOLDINGS, LLC; KGL ADVISORS, LLC; MARY STREET; CAMS REALTY, LLC; MOUNTAIN WEST COMMERCIAL, LLC; STEVE CATON; SARC DRAPER, LLC; ROBERT M. LEVENSON BLACKACRE 1031 EXCHANGE SERVICES LLC; ADP-MILLCREEK 2, LLC; and ADP-MILLCREEK 3, LLC, | ORDER GRANTING STIPULATED MOTION TO EXTEND TIME FOR DEFENDANT KEVIN LONG TO FILE A REPLY IN SUPPORT OF MOTION TO DISMISS <br><br><br>Civil No. 2:25-cv-00162 <br><br>District Judge David Barlow <br><br>Magistrate Judge Dustin B. Pead |

|           Defendants. |   |
|---|---|

Having considered the Stipulated Motion to Extend Time for Defendant Kevin Long to File a Reply in Support of Motion to Dismiss [Dkt. #187], and for good cause appearing, the Court hereby GRANTS the Motion and ORDERS that the deadline for defendant Kevin Long ("Long") to file a reply in support of the Motion to Dismiss is extended through and including March 5, 2026.

DATED this 20 February 2026.

_____
Dustin B. Pead
United States Magistrate Judge