Justin T. Toth (8438)
Maria Windham Toth (10761)
Nathan L. Jepson (17141)
**RAY QUINNEY & NEBEKER P.C.**
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah 84145-0385
Telephone: (801) 532-1500
Facsimile: (801) 532-7543
Email: jtoth@rqn.com
       mtoth@rqn.com
       njepson@rqn.com

*Attorneys for Defendant Spencer Taylor*

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| WEBER; et al.,<br><br>      Plaintiffs,<br>v.<br><br>COLLIERS INTERNATIONAL GROUP, INC.; et al.,<br><br>      Defendants. | **STIPULATED MOTION FOR EXTENSION OF TIME FOR DEFENDANT SPENCER TAYLOR TO FILE REPLY IN SUPPORT OF MOTION TO DISMISS**<br><br>Case No. 2:25-CV-00162-DBB |

Defendant Spencer Taylor ("Mr. Taylor"), and Plaintiffs, by and through their undersigned counsel, stipulate that Mr. Taylor may have until March 27, 2026 to file his reply in Support of his Motion to Dismiss. The parties move the Court for an Order pursuant hereto.

DATED this 12th day of March 2026.

                                **RAY QUINNEY & NEBEKER P.C.**

                                */s/    Maria Windham Toth*
                                Justin T. Toth
                                Maria Windham Toth
                                Nathan L. Jepson
                                *Attorneys for Defendant Spencer Taylor*

DATED this 12th day of March 2026.

                                **DEISS LAW, PC**

                                */s/ Corey D. Riley      (e-signed with permission)*
                                Andrew G. Deiss
                                Corey D. Riley
                                *Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify on this 12th day of March 2026, I caused a true and correct copy of the foregoing **STIPULATED MOTION FOR EXTENSION OF TIME FOR DEFENDANT SPENCER TAYLOR TO FILE REPLY IN SUPPORT OF MOTION TO DISMISS** to be filed via the Court's electronic filing system, which automatically provides notice to counsel of record.

/s/   Ashley Rollins

1738509