Justin T. Toth (8438)
Maria Windham Toth (10761)
Nathan L. Jepson (17141)
**RAY QUINNEY & NEBEKER P.C.**
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah 84145-0385
Telephone: (801) 532-1500
Facsimile: (801) 532-7543
Email: jtoth@rqn.com
       mtoth@rqn.com
       njepson@rqn.com

*Attorneys for Defendant Spencer Taylor*

# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| WEBER; et al., <br><br> Plaintiffs, <br> v. <br><br> COLLIERS INTERNATIONAL GROUP, INC.; et al., <br><br> Defendants. | **ORDER GRANTING STIPULATED MOTION FOR EXTENSION OF TIME FOR DEFENDANT SPENCER TAYLOR TO FILE REPLY IN SUPPORT OF MOTION TO DISMISS** <br><br> Case No. 2:25-cv-00162-DBB-DBP |

This matter comes before the Court on Defendant Spencer Talor's ("Defendant Taylor") Stipulated Motion for Extension of Time for Spencer Taylor to File Reply in Support of Motion to Dismiss.

For good cause appearing, IT IS HEREBY ORDERED that the Motion is GRANTED and the deadline for Defendant Taylor's Reply in Support is March 27, 2026.

DATED this ____ day of _____ 2026.

                                                           _____
Dustin B. Pead
United States Magistrate Judge

APPROVED AS TO FORM:

*/s/ Corey D. Riley      (e-signed with permission)*
Andrew G. Deiss
Corey D. Riley
**DEISS LAW, PC**

*Attorneys for Plaintiffs*

1738510