Andrew G. Deiss (Utah Bar # 7184)
Corey D. Riley (Utah Bar # 16935)
DEISS LAW PC
375 West 200 South, Suite 201
Salt Lake City, UT 84101
Telephone: (801) 433-0226
deiss@deisslaw.com
criley@deisslaw.com

*Counsel for Plaintiffs*

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF UTAH

| | |
|---|---|
| JOHN WEBER, et al., <br><br> *Plaintiffs,* <br><br> v. <br><br> COLLIERS INTERNATIONAL GROUP, INC., et al., <br><br> *Defendants.* | **REQUEST TO SUBMIT MOTION FOR ALTERNATIVE SERVICE** <br><br> Case No. 2:25-cv-00162 <br><br> Judge David Barlow <br><br> Chief Magistrate Judge Dustin B. Pead |

Pursuant to DuCivR 7-3(b), Plaintiffs respectfully submit for decision their Motion for Alternative Service (ECF No. 173).

1. The Motion was filed on January 22, 2026.

2. No opposition or reply has been filed.

3. No hearing has been requested.

Accordingly, Plaintiffs' Motion for Alternative Service is ripe for decision.

DATED this 17th day of April 2026.

DEISS LAW PC

*/s/ Corey D. Riley*
Corey D. Riley

Andrew G. Deiss
*Counsel for Plaintiffs*