AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Utah

| | | |
|---|---|---|
| John Weber, et al. | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No.  2:25-cv-00162 |
| | ) | |
| Colliers International Group, Inc., et al. | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  KGL Advisors, LLC
Registered Agent: Kevin Long
149 N 980 E
Lindon, UT, 84042

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Andrew G. Deiss
Corey D. Riley
Andrew D. Miller
Deiss Law P.C.
10 W. 100 S.
Suite 700
Salt Lake City, UT, 84101

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Gary P Serdar
*CLERK OF COURT*

Date:      04/22/2025



*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  2:25-cv-00162

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❒ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❒ I returned the summons unexecuted because _____ ; or

❒ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.


Date: _____

_____
*Server's signature*

_____
*Printed name and title*



_____
*Server's address*

Additional information regarding attempted service, etc:



| Print | Save As... | | Reset |

Andrew G. Deiss (Utah Bar # 7184)
Corey D. Riley (Utah Bar # 16935)
DEISS LAW PC
375 W 200 S, SUITE 201
Salt Lake City, UT 84101
Telephone: (801) 433-0226
deiss@deisslaw.com
criley@deisslaw.com

*Attorneys for Plaintiffs*

---

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH**

| | |
|---|---|
| JOHN WEBER, et al. | **DECLARATION OF JACKSON OSMOND RE: ALTERNATIVE SERVICE OF PROCESS** |
| *Plaintiffs,* | |
| v. | Case No. 2:25-cv-00162 |
| COLLIERS INTERNATIONAL GROUP, INC., et al. | Judge David Barlow |
| *Defendants.* | Magistrate Judge Dustin B. Pead |

*I, Jackson Osmond, declare as follows:*

1.  I am 18 years of age or older and make the following declaration on the basis of my own personal knowledge.

2.  I am a paralegal at the law firm Deiss Law PC, which represents the Plaintiffs in the above-entitled action.

3.  On May 21, 2026, our office sent an RPost email to robert@blackacre1031.com and bobby@federal1031.com. The email contained the summonses for Robert Levenson and Blackacre 1031 Exchange Services, the Second Amended Complaint, and a copy of the Order granting alternative service.

4. Based on RPost receipts, robert@blackacre1031.com opened the email on May 21, 2026, at 9:13 p.m.

5. On May 29, 2026, our office sent the summonses, complaint, and a copy of the Order by USPS First-Class/Ground Advantage Mail to Robert Levenson's USPS Store mailbox at 4532 Cherry Hill Rd., Ste. 560, Arlington, VA 22207.

6. On June 2, 2026, at 12:06 p.m., those papers were delivered successfully.

7. On May 29, 2026, our office sent an RPost email to kevin@millcreekcommercial.com and contact@kgladvisors.com, in addition to the email addresses for counsel identified in Plaintiffs' Motion for Alternative Service. The email contained the summonses for ADP Millcreek-2, LLC; ADP Millcreek-3, LLC; KGL Advisors LLC; KGL Real Estate Development PLLC; Millcreek Commercial Properties, LLC; and Millrock Investment Fund 1 Management, LLC. It also contained the Second Amended Complaint and a copy of the Order granting alternative service.

8. Based on RPost receipts, the email was opened as follows:

   a. kevin@millcreekcommercial.com opened the email on May 29, 2026, at 6:32 p.m.

   b. btolk@parrbrown.com opened the email on May 29, 2026, at 3:35 p.m.

   c. cwilde@parrbrown.com opened the email on May 29, 2026, at 3:36 p.m.

   d. rburge@parrbrown.com opened the email on May 29, 2026, at 3:35 p.m.

   e. twelch@parrbrown.com opened the email on May 29, 2026, at 3:35 p.m.

9.  On May 29, 2026, our office sent the summonses, complaint, and a copy of the Order by USPS First-Class/Ground Advantage Mail to Kevin Long's residential address at 149 N 980 E, Lindon, UT 84042.

10. On May 30, 2026, at 11:21 a.m., those papers were delivered successfully.

*I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.*

DATED this 10th day of June 2026.

DEISS LAW PC

*/s/ Jackson Osmond*
Jackson Osmond

# Exhibit A

| Type | Recipient Address | Status | Delivery Details | Delivery Date (UTC) | Open Date | Activit |
|------|-------------------|--------|------------------|---------------------|-----------|---------|
| To | btolk@parrbrown.com | Delivered and Opened | HTTP-IP : ▮▮▮▮▮ | 2026-05-29 03:25 PM | 2026-05-29 03:35 PM | |
| To | contact@kgladvisors.com | Delivered to Mail Server | relayed;aspmx.l.google.com (▮▮▮▮▮ | 2026-05-29 03:25 PM | | |
| To | cwilde@parrbrown.com | Delivered and Opened | HTTP-IP : ▮▮▮▮▮ | 2026-05-29 03:25 PM | 2026-05-29 03:36 PM | |
| To | kevin@millcreekcommercial.com | Delivered and Opened | HTTP-IP : ▮▮▮▮▮ | 2026-05-29 03:25 PM | 2026-05-29 06:32 PM | |
| To | rburge@parrbrown.com | Delivered and Opened | HTTP-IP : ▮▮▮▮▮ | 2026-05-29 03:25 PM | 2026-05-29 03:35 PM | |
| To | twelch@parrbrown.com | Delivered and Opened | HTTP-IP : ▮▮▮▮▮ | 2026-05-29 03:25 PM | 2026-05-29 03:35 PM | |
| Cc | criley@deisslaw.com | Delivered and Opened | HTTP-IP : ▮▮▮▮▮ | 2026-05-29 03:25 PM | 2026-05-29 03:35 PM | |
| Cc | deiss@deisslaw.com | Delivered and Opened | HTTP-IP : ▮▮▮▮▮ | 2026-05-29 03:25 PM | 2026-05-29 11:23 PM | |
| Cc | josmond@deisslaw.com | Delivered and Opened | HTTP-IP : ▮▮▮▮▮ | 2026-05-29 03:25 PM | 2026-05-29 05:27 PM | |
| Cc | mdawson@deisslaw.com | Delivered and Opened | HTTP-IP : ▮▮▮▮▮ | 2026-05-29 03:25 PM | 2026-05-30 07:02 AM | |

| Type | Recipient Address | Status | Delivery Details | Delivery Date (UTC) | Open Date | Activity | Risk |
|---|---|---|---|---|---|---|---|
| To | bobby@federal1031.com | Delivered to Mailbox | Delivery confirmed by recipient mail server at federal1031.com | 2026-05-21 08:29 PM | | | |
| To | robert@blackacre1031.com | Delivered and Opened | MUA+HTTP-IP : ▮▮▮▮▮ | 2026-05-21 08:29 PM | 2026-05-21 09:13 PM | | |
| Cc | criley@deisslaw.com | Delivered and Opened | HTTP-IP ▮▮▮▮▮ | 2026-05-21 08:29 PM | 2026-05-21 08:34 PM | | |
| Cc | deiss@deisslaw.com | Delivered to Mail Server | relayed;aspmx.l.google.com (▮▮▮▮▮ | 2026-05-21 08:29 PM | | | |
| Cc | josmond@deisslaw.com | Delivered and Opened | HTTP-IP : ▮▮▮▮▮ | 2026-05-21 08:29 PM | 2026-05-21 09:28 PM | | |
| Cc | mdawson@deisslaw.com | Delivered and Opened | HTTP-IP : ▮▮▮▮▮ | 2026-05-21 08:29 PM | 2026-05-21 08:32 PM | | |

Case 2:25-cv-00162-DBB-DBP    Document 220    Filed 06/10/26    PageID.3063    Page 9 of 10



**Latest Update**

Your item was delivered in or at the mailbox at 11:21 am on May 30, 2026 in LINDON, UT 84042.

---

**Get More Out of USPS Tracking:**

📠 USPS Tracking Plus®

✅ **Delivered**

**Delivered, In/At Mailbox**

LINDON, UT 84042
May 30, 2026 11:21 AM

**See All Tracking History**

**What Do USPS Tracking Statuses Mean?**

**Tracking Number:**

## 9534626506826149168496

 Copy    Add to Informed Delivery

### Latest Update

Your item was delivered to an individual at the address at 12:06 pm on June 2, 2026 in ARLINGTON, VA 22207.

**Get More Out of USPS Tracking:**

 USPS Tracking Plus®

 **Delivered**

**Delivered, Left with Individual**

ARLINGTON, VA 22207
June 2, 2026 12:06 PM

See All Tracking History

**What Do USPS Tracking Statuses Mean?**

Rem