Andrew G. Deiss (Utah Bar # 7184)
Corey D. Riley (Utah Bar # 16935)
DEISS LAW PC
375 W 200 S, Suite 201
Salt Lake City, UT 84101
Telephone: (801) 433-0226
deiss@deisslaw.com
criley@deisslaw.com
*Counsel for Plaintiffs*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF UTAH**

| | |
|---|---|
| WEBER, et, al,<br><br>*Plaintiffs,*<br><br>v.<br>COLLIERS INTERNATIONAL GROUP, INC., et, al,<br><br>*Defendants.* | **MOTION FOR ENTRY OF DEFAULT CERTIFICATES**<br><br>Case No. 2:25-cv-00162-DBB-DBP<br><br>Judge: David Barlow<br><br>Chief Magistrate Judge Dustin B. Pead |

Plaintiffs, by and through counsel, respectfully move for entry of default against Defendants Millcreek Commercial Properties, LLC; Millrock Investment Fund 1 Management, LLC; KGL Real Estate Development, PLLC; KGL Advisors, LLC; Mountain West Commercial, LLC; Robert M. Levenson; Blackacre 1031 Exchange Services, LLC; ADP-Millcreek 2, LLC; and ADP-Millcreek 3, LLC (collectively, the "Defaulting Defendants"), pursuant to Fed. R. Civ. P. 55(a) and

DUCivR 55-1(b). Pursuant to the same, the required affidavit and proposed default certificates are attached.

The Defaulting Defendants were served with process, including pursuant to this Court's order authorizing alternative service where applicable. Their respective response deadlines have expired, and none has pleaded or otherwise defended. Accordingly, Plaintiffs request entry of default against each Defaulting Defendant.

## ARGUMENT

Plaintiffs filed their First Amended Complaint on March 25, 2025. ECF No. 4. The Court subsequently granted leave to amend, ECF No. 145, and Plaintiffs filed their Second Amended Complaint on December 5, 2025. ECF No. 147.

Under Fed. R. Civ. P. 55(a), entry of default is appropriate where a party against whom affirmative relief is sought has failed to plead or otherwise defend, and that failure is established by affidavit or otherwise.

### I. The Defaulting Defendants Were Served and Failed to Respond Within the Applicable Deadlines.

**Millcreek Commercial Properties, LLC.** Pursuant to the Court's order granting alternative service, Millcreek Commercial Properties, LLC was served with the summons and Second Amended Complaint by RPost email on May 29, 2026, and by mail delivered May 30, 2026. ECF No. 223. Its deadline to respond expired no later than June 23, 2026. That deadline has passed, and Millcreek

Commercial Properties, LLC has not answered, moved to dismiss, or otherwise defended this action.

**Millrock Investment Fund 1 Management, LLC.** Pursuant to the Court's order granting alternative service, Millrock Investment Fund 1 Management, LLC was served with the summons and Second Amended Complaint by RPost email on May 29, 2026, and by mail delivered May 30, 2026. ECF No. 224. Its deadline to respond expired no later than June 23, 2026. That deadline has passed, and Millrock Investment Fund 1 Management, LLC has not answered, moved to dismiss, or otherwise defended this action.

**KGL Real Estate Development, PLLC.** Pursuant to the Court's order granting alternative service, KGL Real Estate Development, PLLC was served with the summons and Second Amended Complaint by RPost email on May 29, 2026, and by mail delivered May 30, 2026. ECF No. 221. Its deadline to respond expired no later than June 23, 2026. That deadline has passed, and KGL Real Estate Development, PLLC has not answered, moved to dismiss, or otherwise defended this action.

**KGL Advisors, LLC.** Pursuant to the Court's order granting alternative service, KGL Advisors, LLC was served with the summons and Second Amended Complaint by RPost email on May 29, 2026, and by mail delivered May 30, 2026. ECF No. 220. Its deadline to respond expired no later than June 23, 2026. That

deadline has passed, and KGL Advisors, LLC has not answered, moved to dismiss, or otherwise defended this action.

**Mountain West Commercial, LLC.** On April 25, 2025, Mountain West Commercial, LLC was served with the summons and First Amended Complaint through Ryan Payne, an authorized recipient, at 36 South State Street, Suite 1400, Salt Lake City, Utah. ECF No. 26. After extensions were granted, its deadline to respond was July 23, 2025. That deadline has passed, and Mountain West Commercial, LLC has not answered, moved to dismiss, or otherwise defended this action.

**Robert M. Levenson.** Pursuant to the Court's order granting alternative service, Robert M. Levenson was served with the summons and Second Amended Complaint by RPost email on May 21, 2026, and by mail delivered June 2, 2026. ECF No. 222. His deadline to respond expired no later than June 23, 2026. That deadline has passed, and Levenson has not answered, moved to dismiss, or otherwise defended this action.

**Blackacre 1031 Exchange Services, LLC.** Pursuant to the Court's order granting alternative service, Blackacre 1031 Exchange Services, LLC was served with the summons and Second Amended Complaint by RPost email on May 21, 2026, and by mail delivered June 2, 2026. ECF No. 219. Its deadline to respond expired no later than June 23, 2026. That deadline has passed, and Blackacre

1031 Exchange Services, LLC has not answered, moved to dismiss, or otherwise defended this action.

**ADP-Millcreek 2, LLC.** Pursuant to the Court's order granting alternative service, ADP-Millcreek 2, LLC was served with the summons and Second Amended Complaint by RPost email on May 29, 2026, and by mail delivered May 30, 2026. ECF No. 217. Its deadline to respond expired no later than June 23, 2026. That deadline has passed, and ADP-Millcreek 2, LLC has not answered, moved to dismiss, or otherwise defended this action.

**ADP-Millcreek 3, LLC.** Pursuant to the Court's order granting alternative service, ADP-Millcreek 3, LLC was served with the summons and Second Amended Complaint by RPost email on May 29, 2026, and by mail delivered May 30, 2026. ECF No. 218. Its deadline to respond expired no later than June 23, 2026. That deadline has passed, and ADP-Millcreek 3, LLC has not answered, moved to dismiss, or otherwise defended this action.

## II. Entry of Default Is Appropriate.

Each Defaulting Defendant was served with process, and each defendant's response deadline has expired. None has answered, filed a motion under Rule 12, or otherwise defended against the claims asserted by Plaintiffs.

Accordingly, the requirements of Fed. R. Civ. P. 55(a) and DUCivR 55-1(b) are satisfied.

**CONCLUSION**

For the foregoing reasons, Plaintiffs respectfully request that the Clerk enter default against Millcreek Commercial Properties, LLC; Millrock Investment Fund 1 Management, LLC; KGL Real Estate Development, PLLC; KGL Advisors, LLC; Mountain West Commercial, LLC; Robert M. Levenson; Blackacre 1031 Exchange Services, LLC; ADP-Millcreek 2, LLC; and ADP-Millcreek 3, LLC.

DATED this 30th day of October 2026.

DEISS LAW PC

*/s/ Andrew G. Deiss*
Andrew G. Deiss
Corey D. Riley
*Counsel for Plaintiffs*