Andrew G. Deiss (Utah Bar # 7184)
Corey D. Riley (Utah Bar # 16935)
DEISS LAW PC
375 W 200 S, Suite 201
Salt Lake City, Utah 84101
(801) 433-0226
deiss@deisslaw.com

*Attorney for Plaintiffs*

**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF UTAH**

| | |
|---|---|
| JOHN WEBER, et al.,<br><br>*Plaintiffs,*<br><br>vs.<br><br>COLLIERS INTERNATIONAL GROUP, INC., et al.,<br><br>*Defendants.* | **DECLARATION OF ANDREW G. DEISS IN SUPPORT OF MOTION FOR ENTRY OF DEFAULT CERTIFICATES**<br><br>Case No. 2:25-cv-00162-DBB-DBP<br><br>Judge David Barlow<br><br>Chief Magistrate Judge Dustin B. Pead |

*I, Andrew G. Deiss, declare as follows:*

1. I am counsel for Plaintiffs in this action. I am over 18 years of age, competent to testify, and make this declaration based on my personal knowledge and review of the case records identified below.

2. Based on my review and reasonable inquiry, none of the defendants identified below is an infant, in military service, or an incompetent person.

3. The following defendants were served with process in a manner authorized by Federal Rule of Civil Procedure 4, including any applicable court-ordered alternative service, or waived service under Rule 4(d), on the dates specified:

- Millcreek Commercial Properties, LLC: service pursuant to the Court's alternative-service order by RPost email May 29, 2026, and mail delivered May 30, 2026. Proof: ECF No. 223.
- Millrock Investment Fund 1 Management, LLC: service pursuant to the Court's alternative-service order by RPost email May 29, 2026, and mail delivered May 30, 2026. Proof: ECF No. 224.
- KGL Real Estate Development, PLLC: service pursuant to the Court's alternative-service order by RPost email May 29, 2026, and mail delivered May 30, 2026. Proof: ECF No. 221.
- KGL Advisors, LLC: service pursuant to the Court's alternative-service order by RPost email May 29, 2026, and mail delivered May 30, 2026. Proof: ECF No. 220.
- Mountain West Commercial, LLC: personal service of the First Amended Complaint through authorized recipient Ryan Payne; April 25, 2025. Proof: ECF No. 26.

- Robert M. Levenson: service pursuant to the Court's alternative-service order by RPost email May 21, 2026, and mail delivered June 2, 2026. Proof: ECF No. 222.
- Blackacre 1031 Exchange Services, LLC: service pursuant to the Court's alternative-service order by RPost email May 21, 2026, and mail delivered June 2, 2026. Proof: ECF No. 219.
- ADP-Millcreek 2, LLC: service pursuant to the Court's alternative-service order by RPost email May 29, 2026, and mail delivered May 30, 2026. Proof: ECF No. 217.
- ADP-Millcreek 3, LLC: service pursuant to the Court's alternative-service order by RPost email May 29, 2026, and mail delivered May 30, 2026. Proof: ECF No. 218.

4. None of the Defaulting Defendants identified in paragraph 3 has pleaded or otherwise defended this action, and their response deadlines have expired.

*I declare under penalty of perjury that the foregoing is true and correct.*

DATED this 30th day of October 2026.

DEISS LAW PC

*/s/ Andrew G. Deiss*
Andrew G. Deiss