**THE UNITED STATES DISTRICT COURT**
**DISTRICT OF UTAH**

| | |
|---|---|
| JOHN WEBER, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>COLLIERS INTERNATIONAL GROUP, INC., et al.,<br><br>Defendants. | **DEFAULT CERTIFICATE**<br><br>Case No.: 2:25-cv-00162-DBB-DBP<br><br>Judge: David Barlow<br><br>Magistrate Judge: Dustin B. Pead |

In this action, Millcreek Commercial Properties, LLC (Defendant) was served with the Summons and Second Amended Complaint in accordance with Rule 4 of the Federal Rules of Civil Procedure and the Court's alternative-service order. (See ECF No. 223.) Defendant has failed to appear or otherwise respond, and the time for Defendant to so respond has now expired.

Accordingly, the default of Defendant is hereby entered under Rule 55(a) of the Federal Rules of Civil Procedure and DUCivR 55-1(a).

DATED this _____ day of _______________, 2026.

BY: ________________________________
CLERK OF COURT

**THE UNITED STATES DISTRICT COURT**
**DISTRICT OF UTAH**

| | |
|---|---|
| JOHN WEBER, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>COLLIERS INTERNATIONAL GROUP, INC., et al.,<br><br>Defendants. | **DEFAULT CERTIFICATE**<br><br>Case No.: 2:25-cv-00162-DBB-DBP<br><br>Judge: David Barlow<br><br>Magistrate Judge: Dustin B. Pead |

In this action, Millrock Investment Fund 1 Management, LLC (Defendant) was served with the Summons and Second Amended Complaint in accordance with Rule 4 of the Federal Rules of Civil Procedure and the Court's alternative-service order. (See ECF No. 224.) Defendant has failed to appear or otherwise respond, and the time for Defendant to so respond has now expired.

Accordingly, the default of Defendant is hereby entered under Rule 55(a) of the Federal Rules of Civil Procedure and DUCivR 55-1(a).

DATED this _____ day of _______________, 2026.

BY: _________________________________

CLERK OF COURT

**THE UNITED STATES DISTRICT COURT**
**DISTRICT OF UTAH**

| | |
|---|---|
| JOHN WEBER, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>COLLIERS INTERNATIONAL GROUP, INC., et al.,<br><br>Defendants. | **DEFAULT CERTIFICATE**<br><br>Case No.: 2:25-cv-00162-DBB-DBP<br><br>Judge: David Barlow<br><br>Magistrate Judge: Dustin B. Pead |

In this action, KGL Real Estate Development, PLLC (Defendant) was served with the Summons and Second Amended Complaint in accordance with Rule 4 of the Federal Rules of Civil Procedure and the Court's alternative-service order. (See ECF No. 221.) Defendant has failed to appear or otherwise respond, and the time for Defendant to so respond has now expired.

Accordingly, the default of Defendant is hereby entered under Rule 55(a) of the Federal Rules of Civil Procedure and DUCivR 55-1(a).

DATED this _____ day of _______________, 2026.

BY: _________________________________

CLERK OF COURT

**THE UNITED STATES DISTRICT COURT**
**DISTRICT OF UTAH**

| | |
|---|---|
| JOHN WEBER, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>COLLIERS INTERNATIONAL GROUP, INC., et al.,<br><br>Defendants. | **DEFAULT CERTIFICATE**<br><br>Case No.: 2:25-cv-00162-DBB-DBP<br><br>Judge: David Barlow<br><br>Magistrate Judge: Dustin B. Pead |

In this action, KGL Advisors, LLC (Defendant) was served with the Summons and Second Amended Complaint in accordance with Rule 4 of the Federal Rules of Civil Procedure and the Court's alternative-service order. (See ECF No. 220.) Defendant has failed to appear or otherwise respond, and the time for Defendant to so respond has now expired.

Accordingly, the default of Defendant is hereby entered under Rule 55(a) of the Federal Rules of Civil Procedure and DUCivR 55-1(a).

DATED this _____ day of _______________, 2026.

BY: __________________________________

CLERK OF COURT

**THE UNITED STATES DISTRICT COURT**
**DISTRICT OF UTAH**

| | |
|---|---|
| JOHN WEBER, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>COLLIERS INTERNATIONAL GROUP, INC., et al.,<br><br>Defendants. | **DEFAULT CERTIFICATE**<br><br>Case No.: 2:25-cv-00162-DBB-DBP<br><br>Judge: David Barlow<br><br>Magistrate Judge: Dustin B. Pead |

In this action, Mountain West Commercial, LLC (Defendant) was served with the Summons and First Amended Complaint in accordance with Rule 4 of the Federal Rules of Civil Procedure. (See ECF No. 26.) Defendant has failed to appear or otherwise respond, and the time for Defendant to so respond has now expired.

Accordingly, the default of Defendant is hereby entered under Rule 55(a) of the Federal Rules of Civil Procedure and DUCivR 55-1(a).

DATED this _____ day of _______________, 2026.

BY: ________________________________

CLERK OF COURT

**THE UNITED STATES DISTRICT COURT**
**DISTRICT OF UTAH**

| | |
|---|---|
| JOHN WEBER, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>COLLIERS INTERNATIONAL GROUP, INC., et al.,<br><br>Defendants. | **DEFAULT CERTIFICATE**<br><br>Case No.: 2:25-cv-00162-DBB-DBP<br><br>Judge: David Barlow<br><br>Magistrate Judge: Dustin B. Pead |

In this action, Robert M. Levenson (Defendant) was served with the Summons and Second Amended Complaint in accordance with Rule 4 of the Federal Rules of Civil Procedure and the Court's alternative-service order. (See ECF No. 222.) Defendant has failed to appear or otherwise respond, and the time for Defendant to so respond has now expired.

Accordingly, the default of Defendant is hereby entered under Rule 55(a) of the Federal Rules of Civil Procedure and DUCivR 55-1(a).

DATED this _____ day of _______________, 2026.

BY: ___________________________________

CLERK OF COURT

**THE UNITED STATES DISTRICT COURT**
**DISTRICT OF UTAH**

| | |
|---|---|
| JOHN WEBER, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>COLLIERS INTERNATIONAL GROUP, INC., et al.,<br><br>Defendants. | **DEFAULT CERTIFICATE**<br><br>Case No.: 2:25-cv-00162-DBB-DBP<br><br>Judge: David Barlow<br><br>Magistrate Judge: Dustin B. Pead |

In this action, Blackacre 1031 Exchange Services, LLC (Defendant) was served with the Summons and Second Amended Complaint in accordance with Rule 4 of the Federal Rules of Civil Procedure and the Court's alternative-service order. (See ECF No. 219.) Defendant has failed to appear or otherwise respond, and the time for Defendant to so respond has now expired.

Accordingly, the default of Defendant is hereby entered under Rule 55(a) of the Federal Rules of Civil Procedure and DUCivR 55-1(a).

DATED this _____ day of _______________, 2026.

BY: _________________________________

CLERK OF COURT

**THE UNITED STATES DISTRICT COURT**
**DISTRICT OF UTAH**

| | |
|---|---|
| JOHN WEBER, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>COLLIERS INTERNATIONAL GROUP, INC., et al.,<br><br>Defendants. | **DEFAULT CERTIFICATE**<br><br>Case No.: 2:25-cv-00162-DBB-DBP<br><br>Judge: David Barlow<br><br>Magistrate Judge: Dustin B. Pead |

In this action, ADP-Millcreek 2, LLC (Defendant) was served with the Summons and Second Amended Complaint in accordance with Rule 4 of the Federal Rules of Civil Procedure and the Court's alternative-service order. (See ECF No. 217.) Defendant has failed to appear or otherwise respond, and the time for Defendant to so respond has now expired.

Accordingly, the default of Defendant is hereby entered under Rule 55(a) of the Federal Rules of Civil Procedure and DUCivR 55-1(a).

DATED this _____ day of _______________, 2026.

BY: __________________________________

CLERK OF COURT

**THE UNITED STATES DISTRICT COURT**
**DISTRICT OF UTAH**

| | |
|---|---|
| JOHN WEBER, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>COLLIERS INTERNATIONAL GROUP, INC., et al.,<br><br>Defendants. | **DEFAULT CERTIFICATE**<br><br>Case No.: 2:25-cv-00162-DBB-DBP<br><br>Judge: David Barlow<br><br>Magistrate Judge: Dustin B. Pead |

In this action, ADP-Millcreek 3, LLC (Defendant) was served with the Summons and Second Amended Complaint in accordance with Rule 4 of the Federal Rules of Civil Procedure and the Court's alternative-service order. (See ECF No. 218.) Defendant has failed to appear or otherwise respond, and the time for Defendant to so respond has now expired.

Accordingly, the default of Defendant is hereby entered under Rule 55(a) of the Federal Rules of Civil Procedure and DUCivR 55-1(a).

DATED this _____ day of _______________, 2026.

BY: __________________________________

CLERK OF COURT