**UNITED STATES DISTRICT COURT**
**DISTRICT OF UTAH**

JOHN WEBER, et al.,

Plaintiffs,

v.

COLLIERS INTERNATIONAL GROUP, INC., et al.,

Defendants.

**DEFAULT CERTIFICATE MILLCREEK COMMERCIAL PROPERTIES, LLC; MILLROCK INVESTMENT FUND 1 MANAGEMENT, LLC; KGL ADVISORS, LLC; KGL REAL ESTATE DEVELOPMENT, PLLC; ADP-MILLCREEK 2, LLC; AND ADP-MILLCREEK 3, LLC; ROBERT M. LEVENSON; AND BLACKACRE 1031 EXCHANGE SERVICES, LLC**

Case No.: 2:25-cv-00162-DBB-DBP

Judge: David Barlow

Magistrate Judge: Dustin B. Pead

Before the Clerk of Court is Plaintiffs' Motion for Entry of Default Certificates.[1] This matter commenced in March of 2025.[2] The Second Amended Complaint is the operative pleading.[3] In this action, Millcreek Commercial Properties, LLC; Millrock Investment Fund 1 Management, LLC; KGL Real Estate Development, PLLC; KGL Advisors, LLC; Robert M. Levenson; Blackacre 1031 Exchange Services, LLC; ADP-Millcreek 2, LLC; and ADP-Millcreek 3, LLC, (collectively Defendants) were served with a copy of the Second Amended Complaint consistent with the Court's alternative-service order.[4] Defendants have failed to appear or otherwise respond, and the time for Defendants to so respond has now expired.

[1] ECF No. 257.
[2] ECF No. 1.
[3] ECF No. 147.
[4] ECF Nos. 212, 217, 218, 219, 220, 221, 222, 223, 224, 257.

Additionally, Plaintiffs move for default against Mountain West Commercial LLC.[5] Plaintiffs served a copy of the First Amended Complaint on Mountain West Commercial LLC consistent with Fed. R. Civ. P. 4.[6] According to the docket, Mountain West Commercial LLC has not been served with a copy of the Second Amended Complaint either under Fed. R. Civ. P. 4 or 5.[7] Therefore, without further guidance from the Court, default will not be entered against Mountain West Commercial LLC.

In turn, the default of Millcreek Commercial Properties, LLC; Millrock Investment Fund 1 Management, LLC; KGL Real Estate Development, PLLC; KGL Advisors, LLC; Robert M. Levenson; Blackacre 1031 Exchange Services, LLC; ADP-Millcreek 2, LLC; and ADP-Millcreek 3, LLC is hereby entered under Rule 55(a) of the Federal Rules of Civil Procedure and DUCivR 55-1(a).

DATED this 10th day of November, 2026.

BY: ______________________________

[5] ECF No. 257.
[6] ECF No. 26.
[7] ECF No. 147 does not contain a certificate of service. Therefore, the Clerk is unable to confirm whether a copy of the Second Amended Complaint was sent to Mountain West Commercial LLC.