**UNITED STATES DISTRICT COURT**
**DISTRICT OF UTAH**

| | |
|---|---|
| JOHN WEBER, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>COLLIERS INTERNATIONAL GROUP, INC., et al.,<br><br>Defendants. | **DEFAULT CERTIFICATE**<br>**MOUNTAIN WEST COMMERCIAL LLC**<br><br>Case No.: 2:25-cv-00162-DBB-DBP<br><br>Judge: David Barlow<br><br>Magistrate Judge: Dustin B. Pead |

Consistent with the Court's order, a default certificate for Mountain West Commercial LLC is hereby entered.

DATED this 10th day of November, 2026.

BY: ______________________________